# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**ALVA JOHNSON,**
*Individually and On Behalf of All Others Similarly Situated*

Case No.: 8:19-cv-475-T-02SPF

    **Plaintiff,**

vs.

**DONALD J. TRUMP**
*In his Individual Capacity* and
**DONALD J. TRUMP FOR PRESIDENT, INC.,**

    **Defendant,**
_____/

## ORDER ON MOTION FOR ADMISSION TO APPEAR PRO HAC VICE

THIS CAUSE came before the Court upon Janet R. Varnell's Motion under Local Rule 2.02 asking the Court to allow Hassan A. Zavareei for Admission to Appear Pro Hac Vice on behalf of Plaintiff in this case. Having considered the motion and all other papers submitted and the records and files herein, and having determined that all conditions to admission as counsel *pro hac vice* have been satisfied, it is

ORDERED AND ADJUDGED that the Motion for Admission for Hassan A. Zavareei to Appear *Pro Hac Vice* is GRANTED.

DONE AND ORDERED in Tampa, Florida, this ____ day of _____, 2019.

_____
William F. Jung
United States District Judge

*Copies furnished to:*
*All counsel of record*