UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALVA JOHNSON,
Individually and on behalf of all others
similarly situated,

      Case No. Case No. 8:19-cv-475-T-02SPF

    Plaintiff,

vs.

DONALD J. TRUMP, In his Individual
Capacity and DONALD J. TRUMP
FOR PRESIDENT, INC.,

    Defendants.
_____/

**ORDER ON MOTION FOR ADMISSION TO APPEAR PRO HAC VICE**

    THIS CAUSE came before the Court upon Janet R. Varnell's Motion under Local Rule 2.02 asking the Court to allow Jennifer Bennett for Admission to Appear Pro Hac Vice on behalf of Plaintiff in this case. Having considered the motion and all other papers submitted and the records and files herein, and having determined that all conditions to admission as counsel *pro hac vice* have been satisfied, it is

    ORDERED AND ADJUDGED that the Motion for Admission for Jennifer Bennett to Appear *Pro Hac Vice* is GRANTED.

    DONE AND ORDERED in Orlando, Florida, this ____ day of _____, 2019.

                                        _____
                                        Sean P. Flynn
                                        United States District Judge

*Copies furnished to:*
*All counsel of record*