UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALVA JOHNSON,
Individually and on behalf of all others
similarly situated,

       Case No. 8:19-cv-475-T-02SPF

    Plaintiff,

vs.

DONALD J. TRUMP, In his Individual
Capacity and DONALD J. TRUMP
FOR PRESIDENT, INC.,

    Defendants.
_____/

**MOTION FOR PERMISSION FOR
KARLA GILBRIDE TO APPEAR *PRO HAC VICE***

    Janet R. Varnell of the law firm of Varnell & Warwick, P.A., as counsel for Plaintiff, Alva Johnson, on behalf of herself and all others similarly situated ("Plaintiff"), hereby respectfully requests that this Court enter an Order permitting Karla Gilbride to appear *pro hac vice* as co-counsel for Plaintiff in this action. In support of this Motion, the undersigned states as follows:

    1.    This application is made pursuant to Local Rule 2.02 of this Court.

    2.    Karla Gilbride is a member in good standing of the bar of the District of Columbia. Ms. Gilbride is in good standing and licensed to practice in the United States District Courts for the Southern District of New York, the District of Columbia, and the Northern and Central Districts of California, as well as the U.S. Courts of Appeals for the First, Second, Third, Fourth, Seventh, Eighth, Ninth and Eleventh Circuits. There are no pending disciplinary proceedings against Ms. Gilbride in any state or federal court. Ms. Gilbride has never been

convicted of a felony. Ms. Gilbride has never been censured, suspended, disbarred, or denied admission or readmission by any court.

3. Ms. Gilbride is not a resident of Florida and does not make frequent or regular appearances in separate cases to such a degree to constitute the maintenance of a regular practice of law in the State of Florida.

4. Ms. Gilbride's office address is Public Justice, P.C., 1620 L Street NW, Suite 630, Washington, DC 20036; telephone: (202) 797-8600; e-mail: kgilbride@publicjustice.net.

5. Ms. Gilbride is familiar with the Rules of this Court, including Rule 2.04, and is familiar with, and will be governed by, the Code of Professional Responsibility and other ethical limitations or requirements governing the professional behavior of members of the Florida bar.

6. In accordance with the local rules of this Court, Ms. Gilbride's completed Special Admission Attorney Certificate form has been forwarded to the Clerk of the Court. It is further certified that Ms. Gilbride has complied with the fee and e-mail registration requirements as required by Local Rule 2.01(d).

7. Ms. Gilbride, by and through designated counsel and pursuant to Rule 2.02 of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to kgilbride@publicjustice.net.

8. Ms. Gilbride is associated with local counsel, Janet R. Varnell, of the law firm of Varnell & Warwick, P.A. Ms. Varnell is a resident of Florida and maintains an office in this District for the practice of law. She is a member in good standing of the Florida Bar and is an active member to the bar of this Court. She is the person with whom the Court and opposing counsel may readily communicate, upon whom all notices and papers may be served, and who

will be responsible for the progress of the case, including the trial in default of the non-resident attorney, Ms. Gilbride.

### Rule 3.01(g) Certification

Counsel for Defendants have not entered an appearance and pursuant to Local Rule 3.01(g), the undersigned is unable to confer with opposing counsel to determine if they have any objection to the relief sought in this motion.

WHEREFORE, the undersigned respectfully requests that this Court enter an Order permitting Ms. Gilbride to practice before this Court for the limited purposes of representing Plaintiff in this action.

Dated:  March 5, 2019

**VARNELL & WARWICK, P.A.**

By:   /s/ Janet R. Varnell
Janet R. Varnell
Florida Bar No.:  0071072
Brian W. Warwick
Florida Bar No.:  0605573
P.O. Box 1870
Lady Lake, FL  32158
Telephone: (352) 753-8600
Facsimile:  (352) 504-3301
jvarnell@varnellandwarwick.com
bwarwick@varnellandwarwick.com
kstroly@varnellandwarwick.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 5, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                /s/ Janet R. Varnell
                Janet R. Varnell

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ALVA JOHNSON,
Individually and on behalf of all others
similarly situated,

       Plaintiff,

vs.

DONALD J. TRUMP, In his Individual
Capacity and DONALD J. TRUMP
FOR PRESIDENT, INC.,

       Defendants.
_____/

Case No. Case No. 8:19-cv-475-T-02SPF

## ORDER ON MOTION FOR ADMISSION TO APPEAR PRO HAC VICE

THIS CAUSE came before the Court upon Janet R. Varnell's Motion under Local Rule 2.02 asking the Court to allow Karla Gilbride for Admission to Appear Pro Hac Vice on behalf of Plaintiff in this case. Having considered the motion and all other papers submitted and the records and files herein, and having determined that all conditions to admission as counsel *pro hac vice* have been satisfied, it is

ORDERED AND ADJUDGED that the Motion for Admission for Karla Gilbride to Appear *Pro Hac Vice* is GRANTED.

DONE AND ORDERED in Orlando, Florida, this ____ day of _____, 2019.

                                                                                          _____
                                                                                         Sean P. Flynn
                                                                                         United States District Judge

*Copies furnished to:*
*All counsel of record*