UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALVA JOHNSON,
Individually and on behalf of all others
similarly situated,

        Plaintiff,

vs.

DONALD J. TRUMP, In his Individual
Capacity and DONALD J. TRUMP
FOR PRESIDENT, INC.,

        Defendants.
_____/

Case No. Case No. 8:19-cv-475-T-02SPF

### ORDER ON MOTION FOR ADMISSION TO APPEAR PRO HAC VICE

THIS CAUSE came before the Court upon Janet R. Varnell's Motion under Local Rule 2.02 asking the Court to allow Karla Gilbride for Admission to Appear Pro Hac Vice on behalf of Plaintiff in this case.  Having considered the motion and all other papers submitted and the records and files herein, and having determined that all conditions to admission as counsel *pro hac vice* have been satisfied, it is

ORDERED AND ADJUDGED that the Motion for Admission for Karla Gilbride to Appear *Pro Hac Vice* is GRANTED.

DONE AND ORDERED in Orlando, Florida, this ____ day of _____, 2019.

_____
Sean P. Flynn
United States District Judge

*Copies furnished to:*
*All counsel of record*