IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
(TAMPA DIVISION)

Alva Johnson vs. Donald J. Trump & Donald J. Trump for President, Inc.    8:19-CV-00475
Affidavit of Service

Received by Orange Legal on the **1ST** day of **March 2019** at **8:30** PM/**AM** to be served upon **DONALD J. TRUMP FOR PRESIDENT, INC.**

On the **1ST** day of **March 2019** at **2:30** (PM)/AM I, **Kenneth V Condrey**, SERVED the within named individual at **CT Corporation System (Reg Agent) at 4701 Cox Rd · Ste 285 · Glen Allen VA 23060** in the manner indicated below:

( ) **INDIVIDUAL SERVICE**, by personally delivering a copy of the below-listed documents to the named Individual.

( ) **SUBSTITUTE SERVICE**, by leaving a copy of the below-listed documents at his/her usual place of abode with _____ (NAME), as _____ (RELATIONSHIP) :a person residing therein of suitable age and discretion who confirmed the Individual resides at the above address and informed that person of the contents thereof.

(X) **CORPORATE SERVICE**, by personally leaving a copy of the below-listed documents with **Katie Bush** (NAME) **Authorized Agent** (TITLE) a person authorized to accept service and informed the person of the contents thereof.

Documents to be served: **Summons, Complaint + Amended Related Case Order + Track 3 Notice to Donald J. Trump for President Inc**

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:

Race **White** Age **30** Sex **F** Height **5'4"** Weight **105** Hair **Blonde** Glasses Y or (N)

I, being first duly sworn on oath, depose and state: I am a citizen of the United States, over the age of eighteen, not a party to nor interested in the above entitled action, and have the proper authority in the jurisdiction in which this service was made, pursuant to Chapter 48 of Florida Statutes. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and accurate.

NAME: **Kenneth V Condrey**   Signature   Server ID # **N/A**   Date **3-4-19**

State of **Virginia** County of **Chesterfield**
Sworn and subscribed before me on this **4TH** day of **March**, 20**19** by the Affiant who is personally known to me.

**Karen L Rice**
Notary Public

[Notary Seal: KAREN L. RICE, NOTARY PUBLIC, REG. #355099, MY COMMISSION EXPIRES 10/31/2021, COMMONWEALTH OF VIRGINIA]

# Service Authorization
## CT Corporation System

CT Corporation System ("CT") is registered agent for service of process for numerous corporations and similar entities. CT receives the process only in its capacity as a commercial registered agent. The individuals designated below are employees of CT Corporation System and in receiving the process, do so only on CT's behalf and in CTs capacity as registered agent.

**PLEASE NOTE:** The Code of Virginia §§ 13.1-634 provides in part:
"Registered office and registered agent.
A....
B. The sole duty of the registered agent is to forward to the corporation at its last known address any process, notice or demand that is served on the registered agent."

*As such, neither CT Corporation System., nor its individual employees designated below, have the duty or the ability to respond to any legal process, notice or demand that is served on CT's clients.*

The following natural persons are designated in the office of the registered agent upon whom any process, notice or demand may be served:

Katie Bush            Teresa Brown            Jessica Fitzgerald

This authorization does not certify the receipt or acceptance of any specific process

_____
Teresa Brown
Team Leader
CT Corporation System

State of Virginia
County of Henrico

This day personally appeared before me, Teresa Brown, who name is signed above and who, being first duly sworn, upon her oath, state that the foregoing Affidavit is true to the best of her knowledge and belief.

Subscribed and sworn before me this 30th day of April, 2018.

_____
Notary Public

[Seal: LISA D. CHRISTIAN, NOTARY PUBLIC, MY COMMISSION NUMBER 7510278, COMMONWEALTH OF VIRGINIA]