**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ALVA JOHNSON,**
**Individually and on behalf of all others**
**similarly situated,**                                **Case No. Case No. 8:19-cv-475-T-02SPF**

       **Plaintiff,**

**vs.**

**DONALD J. TRUMP, In his Individual**
**Capacity and DONALD J. TRUMP**
**FOR PRESIDENT, INC.,**

       **Defendants.**

_____/

## <u>ORDER ON MOTION FOR ADMISSION TO APPEAR PRO HAC VICE</u>

THIS CAUSE came before the Court upon Janet R. Varnell's Motion under Local Rule

2.02 asking the Court to allow F. Paul Bland for Admission to Appear Pro Hac Vice on behalf of

Plaintiff in this case.  Having considered the motion and all other papers submitted and the records

and files herein, and having determined that all conditions to admission as counsel *pro hac vice*

have been satisfied, it is

ORDERED AND ADJUDGED that the Motion for Admission for F. Paul Bland to Appear

*Pro Hac Vice* is GRANTED.

DONE AND ORDERED in Orlando, Florida, this _____ day of _____, 2019.


                              _____

                              Sean P. Flynn
                              United States District Judge

*Copies furnished to:*
*All counsel of record*