**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ALVA JOHNSON,**
**Individually and on behalf of all others**
**similarly situated,**                    Case No. 8:19-cv-475-T-02SPF

      **Plaintiff,**

vs.

**DONALD J. TRUMP, In his Individual**
**Capacity and DONALD J. TRUMP**
**FOR PRESIDENT, INC.,**

      **Defendants.**
_____/

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

      I hereby disclose the following pursuant to this Court's Interested Persons Order (Docket No. 5):

1).     The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

Alva Johnson (Plaintiff)
Varnell & Warwick, P.A. (Counsel for Plaintiff)
Janet R. Varnell (Counsel for Plaintiff)
Brian W. Warwick (Counsel for Plaintiff)
Tycko & Zavareei LLP (Counsel for Plaintiff)
Hassan A. Zavareei (Counsel for Plaintiff)
Katherine M. Aizpuru (Counsel for Plaintiff)
Tanya S. Koshy (Counsel for Plaintiff)
Public Justice, P.C. (Counsel for Plaintiff)
F. Paul Bland (Counsel for Plaintiff)
Karla Gilbride (Counsel for Plaintiff)
Jennifer Bennett (Counsel for Plaintiff)
Donald J. Trump (Defendant)
Donald J. Trump for President, Inc. (Defendant)

2).     The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None

3).     The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and member of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

N/A

4).     The name of each individual victim (individual or corporate), including every person who may be entitled to restitution:

Plaintiff, Alva Johnson

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated:  March 13, 2019                    **VARNELL & WARWICK, P.A.**

                                  By:     /s/ Janet R. Varnell
                                          Janet R. Varnell
                                          Florida Bar No.:  0071072
                                          Brian W. Warwick
                                          Florida Bar No.:  0605573
                                          P.O. Box 1870
                                          Lady Lake, FL  32158
                                          Telephone: (352) 753-8600
                                          Facsimile:  (352) 504-3301
                                          jvarnell@varnellandwarwick.com
                                          bwarwick@varnellandwarwick.com
                                          kstroly@varnellandwarwick.com

                                          Hassan A. Zavareei (*admitted pro hac vice*)
                                          **Trial Counsel**
                                          Katherine M. Aizpuru (*admitted pro hac vice*)
                                          **TYCKO & ZAVAREEI LLP**
                                          1828 L Street NW, Suite 1000
                                          Washington, D.C. 20036
                                          P: (202) 417-3667
                                          F: (202) 973-0950
                                          hzavareei@tzlegal.com
                                          kaizpuru@tzlegal.com

Tanya S. Koshy (*admitted pro hac vice*)
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, CA 94612
P: (510) 250-3298
F: (202) 973-0950
tkoshy@tzlegal.com

F. Paul Bland (*admitted pro hac vice*)
Karla Gilbride (*admitted pro hac vice*)
**PUBLIC JUSTICE, P.C.**
1620 L Street NW, Suite 630
Washington, DC 20036
(202) 797-8600

Jennifer Bennett (*admitted pro hac vice*)
**PUBLIC JUSTICE, P.C.**
475 14th Street, Suite 610
Oakland, CA 94612
(510) 622-8150

Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 13, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

    /s/ Janet R. Varnell
Janet R. Varnell