## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**ALVA JOHNSON,**
**Individually and On Behalf of All Others**
**Similarly Situated,**

    **Plaintiff,**                                                 Case No. 8:19-cv-00475-WFJ-SPF

**v.**

**DONALD J. TRUMP,**
**In his Individual Capacity and**
**DONALD J. TRUMP FOR**
**PRESIDENT, INC.**

    **Defendants.**
_____/

## NOTICE OF APPEARANCE

Tracey K. Jaensch of the law firm of FordHarrison LLP enters this appearance as counsel of record in the above action on behalf of Defendants Donald J. Trump and Donald J. Trump for President, Inc.  All papers and pleadings should be served on Tracey K. Jaensch at FordHarrison LLP, 101 E. Kennedy Boulevard, Suite 900, Tampa, Florida, 33602, telephone (813) 261-7800, facsimile (813) 261-7899, email tjaensch@fordharrison.com and sstout@fordharrison.com.

Dated this 15th day of March, 2019.

**[Signature appears on next page]**

Respectfully submitted,

FORD**HARRISON** LLP

*/s/ Tracey K. Jaensch*
Dawn Siler-Nixon
Florida Bar No. 993360
Dsiler-nixon@fordharrison.com
Tracey K. Jaensch
Florida Bar No. 907057
tjaensch@fordharrison.com
101 E. Kennedy Blvd., Suite 900
Tampa, Florida 33602
Telephone: (813) 261-7800
Facsimile: (813) 261-7899

Charles J. Harder
charder@harderllp.com
*Pro Hac Vice to Be Submitted*
HARDER LLP
132 S. Rodeo Drive, Fourth Floor
Beverly Hills, CA  90212
Telephone:  (424) 203-1600

Attorneys for Defendants
Donald J. Trump and
Donald J. Trump for President, Inc.

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on March 15, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will electronically send a notice of electronic filing upon the following:

Brian W. Warwick
bwarwick@varnellandwarwick.com
Janet Varnell
jvarnell@varnellandwarwick.com
Varnell & Warwick, PA
P.O. Box 1870
Lady Lakes, FL  32158-1870

Hassan A. Zavareei
hzavareei@tzlegal.com
Katherine M. Aizpuru
kaizpuru@tzlegal.com
Tycko & Zavareei LLP
1828 L Street NW, Suite 1000
Washington, D.C.  20036

Tanya S. Koshy
tkoshy@tzlegal.com
Tycko & Zavareei LLP
1970 Broadway, Suite 1070
Oakland, CA  94612

F. Paul Bland
pbland@publicjustice.net
Karla Gilbride
kgilbride@publicjustice.net
Public Justice, P.C.
1620 L Street NW, Suite 630
Washington, DC  20036

Jennifer Bennett
jbennett@publicjustice.net
Public Justice, P.C.
475 14th Street, Suite 610
Oakland, CA  94612

         */s/ Tracey K. Jaensch*
         Attorney

WSACTIVELLP:10436700.1