**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ALVA JOHNSON,**
**Individually and On Behalf of All Others**
**Similarly Situated,**

       **Plaintiff,**                    **Case No. 8:19-cv-00475-WFJ-SPF**

**v.**

**DONALD J. TRUMP,**
**In his Individual Capacity and**
**DONALD J. TRUMP FOR**
**PRESIDENT, INC.,**

       **Defendants.**

_____/

**UNOPPOSED MOTION FOR CHARLES J. HARDER TO APPEAR *PRO HAC VICE***

Defendants Donald J. Trump and Donald J. Trump for President, Inc., by their undersigned counsel and pursuant to Local Rule 2.02, move the Court to specially admit Charles J. Harder to appear and be heard in this case, and say:

1.      Mr. Harder is a member in good standing of the following state bars:  California (Bar No. 184593), New York (Registration No. 5282371) and the District of Columbia (Bar No. 1017933).

2.      Mr. Harder is also a member in good standing of the bars of the following District Courts of the United States:  United States District Courts for the Central, Eastern and Southern Districts of California; United States District Court for the Southern District of New York; and United States District Court for the Central District of Illinois.  Mr. Harder is also a member in good standing of the United States Supreme Court and United States Ninth Circuit Court of Appeals.

3.     There are no pending disciplinary proceedings against Mr. Harder in any state or federal court.  Mr. Harder has never been convicted of a felony.  Mr. Harder has never been censured, suspended, disbarred, or denied admission or readmission by any court.

4.     Mr. Harder has not made frequent or regular appearances in separate cases such as to constitute the maintenance of the regular practice of law in the State of Florida.

5.     Mr. Harder is familiar with, and recognizes that he shall be governed by, among other things, all Local Rules of the United States District Court, Middle District of Florida, including Rule 2.04 thereof in particular, and is also familiar with and governed by the Code of Professional Responsibility and other ethical limitations or requirements governing the professional behavior of members of the Florida Bar.

6.     Mr. Harder designates Dawn Siler-Nixon and Tracey K. Jaensch of FORDHARRISON LLP as the lawyers and law firm upon whom all notices and papers may be served and who will be responsible for the progress of the case, including the trial in default of the non-resident attorney.  Ms. Siler-Nixon and Ms. Jaensch are members in good standing and admitted to practice in this Court.

7.     Through the signature affixed below, Ms. Siler-Nixon, on behalf of herself, Ms. Jaensch and their firm, consents to act and accepts designation as local counsel.

8.     Accordingly, service of all required notices and papers may be provided to and served upon defendants Donald J. Trump and Donald J. Trump for President, Inc. at the following address:

Dawn Siler-Nixon
Florida Bar No. 993360
DSiler-Nixon@FordHarrison.com
Tracey K. Jaensch
Florida Bar No. 907057

TJaensch@FordHarrison.com
**FORDHARRISON** LLP
101 E. Kennedy Blvd., Suite 900
Tampa, Florida 33602
Telephone: (813) 261-7800
Facsimile: (813) 261-7899

9.    Mr. Harder will comply with the email registration requirements of this Court.

10.    Mr. Harder will comply with the fee requirements of Rule 2.01(d).

11.    Mr. Harder hereby certifies that the signed Special Admission Attorney Certification form, along with the prescribed fee, is being sent via overnight mail to the Clerk of the U.S. District Court, Middle District of Florida, Tampa Division, 801 North Florida Avenue, Tampa, Florida 33602 contemporaneously with the filing of this Motion.

WHEREFORE, Defendants, Donald J. Trump, and Donald J. Trump for President, Inc., request that Charles J. Harder be permitted to specially appear and be heard in this case.

## <u>LOCAL RULE 3.01(g) CERTIFICATION</u>

Pursuant to Local Rule 3.01(g), counsel for Defendants, Donald J. Trump, and Donald J. Trump for President, Inc., has conferred with counsel for Plaintiff, and counsel for Plaintiff has no opposition to the requested appearance of Charles J. Harder in this matter.

[Signature Appears on Following Page]

3

Dated this 21st day of March 2019.

FORD**HARRISON** <sup>LLP</sup>

*/s/ Dawn Siler-Nixon*
Dawn Siler-Nixon
Florida Bar No. 993360
DSiler-Nixon@FordHarrison.com
Tracey K. Jaensch
Florida Bar No. 907057
TJaensch@FordHarrison.com
101 E. Kennedy Blvd., Suite 900
Tampa, Florida 33602
Telephone: (813) 261-7800
Facsimile: (813) 261-7899

Charles J. Harder
CHarder@HarderLLP.com
California Bar No. 184593
*Pro Hac Vice Pending*
HARDER LLP
132 S. Rodeo Drive, Fourth Floor
Beverly Hills, CA 90212
Telephone: (424) 203-1600
Fax: (424) 203-1601

Attorneys for Defendants
Donald J. Trump and
Donald J. Trump for President, Inc.

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 21, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will electronically send a notice of electronic filing upon the following:

Brian W. Warwick
bwarwick@varnellandwarwick.com
Janet Varnell
jvarnell@varnellandwarwick.com
Varnell & Warwick, PA
P.O. Box 1870
Lady Lakes, FL  32158-1870

Hassan A. Zavareei
hzavareei@tzlegal.com
Katherine M. Aizpuru
kaizpuru@tzlegal.com
Tycko & Zavareei LLP
1828 L Street NW, Suite 1000
Washington, D.C.  20036

Tanya S. Koshy
tkoshy@tzlegal.com
Tycko & Zavareei LLP
1970 Broadway, Suite 1070
Oakland, CA  94612

F. Paul Bland
pbland@publicjustice.net
Karla Gilbride
kgilbride@publicjustice.net
Public Justice, P.C.
1620 L Street NW, Suite 630
Washington, DC  20036

Jennifer Bennett
jbennett@publicjustice.net
Public Justice, P.C.
475 14th Street, Suite 610
Oakland, CA  94612

*/s/ Dawn Siler-Nixon*
Attorney

WSACTIVELLP:10439710.4