# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ALVA JOHNSON,
Individually and on behalf of all others
similarly situated,

      Case No. 8:19-cv-475-T-02SPF

    Plaintiff,

vs.

DONALD J. TRUMP, In his Individual
Capacity and DONALD J. TRUMP
FOR PRESIDENT, INC.,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF COMPLIANCE

Please take notice that counsel for Plaintiff, Alva Johnson, has complied with the administrative procedures regarding electronic filing requirements set forth in the Court's March 26, 2019 Endorsed Order directing Attorneys Jennifer Bennett, Paul Bland and Karla Gilbride to register for CM/ECF access. [ECF No. 25].

Dated:  April 8, 2019

**VARNELL & WARWICK, P.A.**

By:  /s/ Janet R. Varnell
Janet R. Varnell
Florida Bar No.:  0071072
Brian W. Warwick
Florida Bar No.:  0605573
P.O. Box 1870
Lady Lake, FL  32158
Telephone: (352) 753-8600
Facsimile:  (352) 504-3301
jvarnell@varnellandwarwick.com
bwarwick@varnellandwarwick.com
kstroly@varnellandwarwick.com

Hassan A. Zavareei (*admitted pro hac vice*)
**Trial Counsel**
Katherine M. Aizpuru (*admitted pro hac vice*)

**TYCKO & ZAVAREEI LLP**
1828 L Street NW, Suite 1000
Washington, D.C. 20036
P: (202) 417-3667
F: (202) 973-0950
hzavareei@tzlegal.com
kaizpuru@tzlegal.com

Tanya S. Koshy (*admitted pro hac vice*)
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, CA 94612
P: (510) 250-3298
F: (202) 973-0950
tkoshy@tzlegal.com

F. Paul Bland (*admitted pro hac vice*)
Karla Gilbride (*admitted pro hac vice*)
**PUBLIC JUSTICE, P.C.**
1620 L Street NW, Suite 630
Washington, DC 20036
(202) 797-8600

Jennifer Bennett (*admitted pro hac vice*)
**PUBLIC JUSTICE, P.C.**
475 14th Street, Suite 610
Oakland, CA 94612
(510) 622-8150

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 8, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                              /s/ Janet R. Varnell
                                              Janet R. Varnell