UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALVA JOHNSON,
**Individually and On Behalf of All Others Similarly Situated,**

      **Plaintiff,**              Case No. 8:19-cv-00475-WFJ-SPF

v.

**DONALD J. TRUMP,**
**In his Individual Capacity and**
**DONALD J. TRUMP FOR**
**PRESIDENT, INC.**

      **Defendants.**
_____/

### DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's interested persons order:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action—including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    Plaintiff Alva Johnson
    Defendant Donald J. Trump
    Defendant Donald J. Trump for President, Inc.

2.) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    None

3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    None

{00100013;1}

4.) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

      Plaintiff Alva Johnson

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated this 7th day of May, 2019.

                           HARDER LLP

                           */s/ Charles J. Harder*
                           Charles J. Harder
                           CHarder@HarderLLP.com
                           Admitted *Pro Hac Vice*
                           132 S. Rodeo Drive, Fourth Floor
                           Beverly Hills, California 90212
                           Telephone: (424) 203-1600
                           Facsimile: (424) 203-1601

                           Dawn Siler-Nixon
                           Florida Bar No. 993360
                           DSiler-Nixon@FordHarrison.com
                           Tracey K. Jaensch
                           Florida Bar No. 907057
                           TJaensch@FordHarrison.com
                           FORD**HARRISON** LLP
                           101 E. Kennedy Blvd., Suite 900
                           Tampa, Florida 33602
                           Telephone: (813) 261-7800
                           Facsimile: (813) 261-7899

                           Attorneys for Defendants
                           Donald J. Trump and
                           Donald J. Trump for President, Inc.

.

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on May 7, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will electronically send a notice of electronic filing upon the following:

Brian W. Warwick
bwarwick@varnellandwarwick.com
jvarnell@varnellandwarwick.com
Janet Varnell
Varnell & Warwick, PA
P.O. Box 1870
Lady Lakes, FL  32158-1870

Hassan A. Zavareei
hzavareei@tzlegal.com
Katherine M. Aizpuru
kaizpuru@tzlegal.com
Tycko & Zavareei LLP
1828 L Street NW, Suite 1000
Washington, D.C.  20036

Tanya S. Koshy
tkoshy@tzlegal.com
Tycko & Zavareei LLP
1970 Broadway, Suite 1070
Oakland, CA  94612

F. Paul Bland
pbland@publicjustice.net
Karla Gilbride
kgilbride@publicjustice.net
Public Justice, P.C.
1620 L Street NW, Suite 630
Washington, DC  20036

Jennifer Bennett
jbennett@publicjustice.net
Public Justice, P.C.
475 14th Street, Suite 610
Oakland, CA  94612

                                         */s/ Charles J. Harder*
                                            Attorney