**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ALVA JOHNSON,**
**Individually and On Behalf of All Others**
**Similarly Situated,**

    **Plaintiff,**                                  Case No. 8:19-cv-00475-WFJ-SPF

v.

**DONALD J. TRUMP,**
**In his Individual Capacity and**
**DONALD J. TRUMP FOR**
**PRESIDENT, INC.**

    **Defendants.**
_____/

**DEFENDANT'S NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

_____   IS        related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

  X   IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

**[Signature appears on next page]**

{00099961;1}

Dated this 7th day of May, 2019.

        HARDER LLP

        */s/ Charles J. Harder*
        Charles J. Harder
        CHarder@HarderLLP.com
        Admitted *Pro Hac Vice*
        132 S. Rodeo Drive, Fourth Floor
        Beverly Hills, California  90212
        Telephone:  (424) 203-1600
        Facsimile:   (424) 203-1601

        Dawn Siler-Nixon
        Florida Bar No. 993360
        DSiler-Nixon@FordHarrison.com
        Tracey K. Jaensch
        Florida Bar No. 907057
        TJaensch@FordHarrison.com
        FORD**HARRISON** LLP
        101 E. Kennedy Blvd., Suite 900
        Tampa, Florida 33602
        Telephone: (813) 261-7800
        Facsimile:  (813) 261-7899

        Attorneys for Defendants
        Donald J. Trump and
        Donald J. Trump for President, Inc.

.

## CERTIFICATE OF SERVICE

 I HEREBY CERTIFY that on May 7, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will electronically send a notice of electronic filing upon the following:

Brian W. Warwick
bwarwick@varnellandwarwick.com
jvarnell@varnellandwarwick.com
Janet Varnell
Varnell & Warwick, PA
P.O. Box 1870
Lady Lakes, FL  32158-1870

Hassan A. Zavareei
hzavareei@tzlegal.com
Katherine M. Aizpuru
kaizpuru@tzlegal.com
Tycko & Zavareei LLP
1828 L Street NW, Suite 1000
Washington, D.C.  20036

Tanya S. Koshy
tkoshy@tzlegal.com
Tycko & Zavareei LLP
1970 Broadway, Suite 1070
Oakland, CA  94612

F. Paul Bland
pbland@publicjustice.net
Karla Gilbride
kgilbride@publicjustice.net
Public Justice, P.C.
1620 L Street NW, Suite 630
Washington, DC  20036

Jennifer Bennett
jbennett@publicjustice.net
Public Justice, P.C.
475 14th Street, Suite 610
Oakland, CA  94612

            */s/ Charles J. Harder*
            Attorney