UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALVA JOHNSON,
**Individually and On Behalf of All Others
Similarly Situated,**

    **Plaintiff,**                                  Case No. 8:19-cv-00475-WFJ-SPF

v.

**DONALD J. TRUMP,
In his Individual Capacity and
DONALD J. TRUMP FOR
PRESIDENT, INC.**

    **Defendants.**
_____/

**STIPULATED MOTION TO STRIKE
REQUEST FOR INJUNCTIVE RELIEF FROM PLAINTIFF'S COMPLAINT**

Plaintiff Alva Johnson ("Plaintiff") and defendants Donald J. Trump and Donald J. Trump for President, Inc. ("Defendants" and collectively with Plaintiff, the "Parties") hereby request that the Court enter an Order pursuant to their joint agreement and stipulation to strike the following portions of Plaintiff's Complaint this action [Dkt. No. 1] (the "Complaint") as follows:

    1.    **Page 33, Paragraph 133**: "Plaintiff prays this Court will enter an order prohibiting Donald J. Trump from grabbing, kissing or otherwise assaulting or harassing women without prior express consent."

    2.    **Page 36, Prayer for Relief, Paragraph 1**: "For an injunction prohibiting Donald J. Trump from grabbing, kissing or otherwise assaulting or harassing women without prior express consent."

1

The Parties' agreement to strike these portions of the Complaint shall not be construed as a waiver of any legal or factual argument or position relating to this case.

WHEREFORE, the Parties jointly request that the Court strike the foregoing portions of the Complaint, enforce the terms of this stipulation during the pendency of this action, and grant such further relief as the Court deems appropriate.

Dated this 10th day of May, 2019     Respectfully Submitted,

/s/ Hassan A. Zavareei
Hassan A. Zavareei
Trial Counsel
Admitted *Pro Hac Vice*
hzavareei@tzlegal.com
Katherine M. Aizpuru
Admitted *Pro Hac Vice*
kaizpuru@tzlegal.com
TYCKO & ZAVAREEI LLP
1828 L Street NW, Suite 1000
Washington, DC 20036
Telephone: (202) 417-3667
Facsimile: (202) 973-0950

Janet Varnell
Florida Bar No. 71072
jvarnell@varnellandwarwick.com
Brian W. Warwick
Florida Bar No. 0605573
bwarwick@varnellandwarwick.com
VARNELL & WAWICK, PA
P.O. Box 1870
Lady Lake, Florida 32158
Telephone: (352) 753-8600
Facsimile: (352) 503-3301

Tanya S. Koshy
Admitted *Pro Hac Vice*
tkoshy@tzlegal.com
TYCKO & ZAVAREEI LLP
1970 Broadway, Suite 1070
Oakland, California 94612
Telephone: (510) 250-3298
Facsimile: (202) 973-0950

F. Paul Bland
Admitted *Pro Hac Vice*
pbland@publicjustice.net
Karla Gilbride
Admitted *Pro Hac Vice*
kgilbride@publicjustice.net
PUBLIC JUSTICE, P.C.
1620 l Street NW, Suite 630
Washington, DC 20036
Telephone:  (202) 797-8600

Jennifer Bennett
Admitted *Pro Hac Vice*
jbennett@publicjustice.net
PUBLIC JUSTICE, P.C.
475 14th Street, Suite 610
Oakland, CA 94612
Telephone:  (510) 622-8150

Attorneys for Plaintiff Alva Johnson

*/s/ Charles J. Harder*
Charles J. Harder
Trial Counsel
Admitted *Pro Hac Vice*
CHarder@HarderLLP.com
HARDER LLP
132 S. Rodeo Drive, Fourth Floor
Beverly Hills, California 90212
Telephone:  (424) 203-1600
Facsimile: (424) 203-1601

Dawn Siler-Nixon
Florida Bar No. 993360
DSiler-Nixon@FordHarrison.com
Tracey K. Jaensch
Florida Bar No. 907057
TJaensch@FordHarrison.com
FORD**HARRISON** LLP
101 E. Kennedy Blvd., Suite 900
Tampa, Florida 33602
Telephone: (813) 261-7800
Facsimile: (813) 261-7899

Attorneys for Defendants Donald J. Trump and Donald J. Trump for President, Inc.

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on May 10, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will electronically send a notice of electronic filing upon the following:

Brian W. Warwick
bwarwick@varnellandwarwick.com
jvarnell@varnellandwarwick.com
Janet Varnell
Varnell & Warwick, PA
P.O. Box 1870
Lady Lakes, FL  32158-1870

Hassan A. Zavareei
hzavareei@tzlegal.com
Katherine M. Aizpuru
kaizpuru@tzlegal.com
Tycko & Zavareei LLP
1828 L Street NW, Suite 1000
Washington, D.C.  20036

Tanya S. Koshy
tkoshy@tzlegal.com
Tycko & Zavareei LLP
1970 Broadway, Suite 1070
Oakland, CA  94612

F. Paul Bland
pbland@publicjustice.net
Karla Gilbride
kgilbride@publicjustice.net
Public Justice, P.C.
1620 L Street NW, Suite 630
Washington, DC  20036

Jennifer Bennett
jbennett@publicjustice.net
Public Justice, P.C.
475 14th Street, Suite 610
Oakland, CA  94612

                    */s/ Charles J. Harder*
                    Attorney