# EXHIBIT A

THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

# Notice of Equal Pay Act lawsuit against Donald J. Trump for President, Inc. ("DJTFP") on behalf of female employees

**A court authorized this notice.  This is not a solicitation from a lawyer.**

**TO:** All women employed by Defendant Donald J. Trump for President, Inc. ("DJTFP") from May 13, 2016 to the present.

**DATE:** _____, 2019

**RE:** Equal Pay Act ("EPA") collective action lawsuit against DJTFP alleging that DJTFP discriminated against female employees nationwide by systematically paying them less than male employees for substantially similar work.

*Alva Johnson v. Donald J. Trump, et al.*, Case No. 8:19-cv-00475-WFJ-SPF, pending in the United States District Court for the Middle District of Florida.

### 1. Why did I get this notice?

The purpose of this notice is to inform you of the existence of a collective action lawsuit against DJTFP.  The Court has determined that you may be similarly situated to Alva Johnson, the individual who brought this case.  The Court has ordered that this notice be sent to you, so that you can decide whether to join the lawsuit.

The Court has not ruled on the merits of the lawsuit.  The Court has only ruled that it is important that you be notified of the existence of the lawsuit so that you can protect your rights from expiring by joining the lawsuit.

### 2. What is this lawsuit about?

Plaintiff Alva Johnson alleges that she and similarly situated female employees nationwide were paid less than their male counterparts for performing substantially similar work, and that this pay disparity was the result of a common scheme carried out by DJTFP's management and upheld via DJTFP's centralized decision-making and policies. Plaintiff seeks, among other relief, front- and back-pay, liquidated damages (in an amount equal to back wages) or interest, attorneys' fees, and litigation costs for herself and other similarly situated employees.

For more information, please visit [insert website]

1

DJTFP disputes these allegations and contends that its compensation policies are lawful.

### 3. How can I join the lawsuit?

If you are a potential collective member as defined on page 1, you may choose to join this suit (that is, you may "opt in").  **To opt in, you must submit a "Consent to Join" form by [insert date 90 days from date of mailing].  You can submit the Consent to Join form on the web at [website], by email to [email address], by fax to [fax #], or by mail to [mailing address].  To be timely, the form must be postmarked or received by [insert date 90 days from date of mailing].  A Consent to Join form and stamped envelope are enclosed with this notice.**

### 4. What happens if I join the lawsuit?

If you file a Consent to Join form, you agree that the Court's orders will apply to you, whether they are favorable or unfavorable (that is, whether the Plaintiff wins her case against DJTFP or not). You also agree that you will be represented by the Plaintiff and her counsel and authorize them to make decisions on your behalf regarding the lawsuit, including any settlement.  These decisions and agreements will then be binding on you.

Plaintiff's attorneys will **not** charge you directly for their work in this case.  If there is no recovery (*i.e.*, if Plaintiff recovers no money from DJTFP), you will not have to pay the attorneys for any of their work.  If there is a recovery, Plaintiff's attorneys will receive whatever attorneys' fees the Court orders.  Those fees may be subtracted from the recovery obtained from DJTFP, or they may be paid separately by DJTFP, or they may be a combination of the two.

### 5. What happens if I do not join the lawsuit?

If you choose not to join this lawsuit, you will not be affected by any judgment in the lawsuit relating to the EPA claim, whether favorable or unfavorable.  However, you will not be able to receive any money recovered in the lawsuit.  You may file your own lawsuit and select the attorney of your choice at your own expense.

### 6. What happens next?

The lawsuit will proceed toward trial, which could take many months or years.  If your contact information changes, and you want Plaintiff's counsel to be able to contact you (*e.g.*, to update you about the case, to send you money from any settlement or judgment, etc.), you may provide your updated contact information to Plaintiff's counsel (whose information is available at www.tzlegal.com and in Section 7, below).

For more information, please visit [insert website]

### 7. Your legal representation if you join

If you choose to join this suit, you will be represented by the Plaintiffs through their attorneys. The attorneys are:

Hassan A. Zavareei
**Trial Counsel**
Katherine M. Aizpuru
**TYCKO & ZAVAREEI LLP**
1828 L Street NW, Suite 1000
Washington, D.C. 20036
P: (202) 417-3667
F: (202) 973-0950
hzavareei@tzlegal.com
kaizpuru@tzlegal.com

Janet Varnell (Fla. Bar No. 71072)
Brian W. Warwick, (Fla. Bar No. 0605573)
**VARNELL & WARWICK, PA**
P.O. Box 1870
Lady Lake, FL 32158-1870
P: 352-753-8600
F: 352-503-3301
jvarnell@varnellandwarwick.com
bwarwick@varnellandwarwick.com

Tanya S. Koshy
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, CA 94612
P: (510) 250-3298
F: (202) 973-0950
tkoshy@tzlegal.com

F. Paul Bland
Karla Gilbride
**PUBLIC JUSTICE, P.C.**
1620 L Street NW, Suite 630
Washington, DC 20036
(202) 797-8600

Jennifer Bennett
**PUBLIC JUSTICE, P.C.**
475 14th Street, Suite 610
Oakland, CA 94612
(510) 622-8150

If you would like further information about this lawsuit or have questions about the procedure or deadline for filing a Consent to Join form, please contact Plaintiffs' counsel.

### 8. This notice has been authorized by the Court.

This notice and its contents have been authorized by the United States District Court for the Middle District of Florida, Tampa Division, the Honorable William F. Jung presiding. The Court has taken no position regarding the merits of Plaintiff's claims or of DJTFP's defenses.

For more information, please visit [insert website]