# EXHIBIT E

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ALVA JOHNSON,**
*Individually and On Behalf of All Others
Similarly Situated*                                         Case No.: 8:19-cv-475-T-02SPF

    **Plaintiff,**

vs.

**DONALD J. TRUMP**
*In his Individual Capacity* and
**DONALD J. TRUMP FOR PRESIDENT,
INC.,**

    **Defendant,**
_____/

### DECLARATION OF ALVA JOHNSON

I, Alva Johnson, hereby declare as follows:

1. I make this Declaration based upon personal knowledge and/or upon information and belief.

2. I am over 21 years of age and fully competent to make this declaration. I live in Alabama. If called and sworn as a witness, I would testify competently as to the facts in this Declaration.

### My Job Duties at Donald J. Trump for President, Inc.

3. I was employed at Donald J. Trump for President, Inc. from January 2016 until October 2016.

4. My job titles during this period included Director of Outreach and Coalitions for Alabama, member of the National Strike Team, and Operations Administrative Director.

5. My job duties included as Director of Outreach and Coalitions for Alabama included minority outreach, speaking at Republican political gatherings, and helping to organize campaign rallies.  My job duties as a member of the National Strike Team included recruiting

and managing volunteers, planning volunteer events, helping to coordinate rallies, helping to distribute Campaign "collateral" such as yard signs and bumper stickers, and conducting minority outreach.

6. My job duties as Operations Administrative Director included onboarding new staff and other human resources-related tasks, assisting with the drafting of Campaign communications, and managing the Campaign's Recreational Vehicles ("RVs").

## Common Compensation Policies and Centralized Decision-Making at Donald J. Trump for President, Inc.

7. All employees of Donald J. Trump for President, Inc. throughout the country were subjected to the same common and uniform compensation policies and practices. Such policies governed all components of my pay, including initial salary, salary increases, promotional salary increases, bonuses, awards, and incentive pay.

## Unequal Pay for Women at Donald J. Trump for President, Inc.

8. I believe that Donald J. Trump for President, Inc. paid me and other similarly situated female employees less than male employees who performed the same or similar job duties under similar working conditions.

9. For example, Sidney Bowdidge, Matt Ciepielowski, Austin Browning, David Chiokadze, and Tony Ledbetter, whose work required substantially equal skill, effort, and responsibility as mine were paid more than me despite being similarly situated.

I declare under penalties of perjury that the foregoing is true and accurate to the best of my knowledge and belief.

Dated:  May 13, 2019

Respectfully submitted,

_____
Alva Johnson