# EXHIBIT 2

| Page | **Hearsay** |
|---|---|
| 5 | "**[P]ress reports reveal that**, throughout the 2016 campaign cycle, the Trump Campaign's paid staff was a small and exclusive group. *See, e.g.*, Matt Viser, "Donald Trump's Campaign Pays Women Less Than Men," *The Boston Globe*, 4 June 2016, *available at* https://www.bostonglobe.com/news/politics/2016/06/04/donald-trump-campaign-payswomen-less-than-men/V1u0v2MUJiHqhvc5C0W5dO/story.html (noting that the Trump Campaign employed only 113 paid staffers, defined as staff making at least $1,000 per month, in April 2016); Reid Wilson, 'Trump lags behind Clinton in campaign staff, pollsters,' *The Hill*, 22 July 2016, *available at* https://thehill.com/blogs/ballot-box/presidential-races/288867-trump-lags-behind-clinton-in-campaign-staff-pollsters (reporting that 'Trump's campaign was paying salaries to just 68 staffers as of June 30, 2016.')." (emphasis added) |
| 6 | "[T]the Trump Campaign **has said** that it hopes to recruit and train two million volunteers for the 2020 election. *See* Michael Wilner, '"No centrist lane" in Democratic primary, Trump campaign says,' *McClatchy*, 25 April 2019, available at https://www.mcclatchydc.com/news/politics-government/white-house/article229459319.html." (emphasis added) |
|  | "[O]n information and belief, every paid DJTFP staffer was required to sign an identical nondisclosure agreement as a condition of employment. *See, e.g.*, https://www.washingtonpost.com/politics/2019/02/21/trump-campaign-loved-ndas-an-ex-staffer-wants-nullify-them-with-class-action/?utm$_a$term=.12315e43664a (noting that, **in 2016, then-candidate Trump 'expressed** his affinity for NDAs and his confidence in the ones he's doled out to his campaign staffers')." (emphasis added). |
| 10 | "Several other studies of the Campaign's publicly available compensation data have confirmed the substance of Dr. Johnson's preliminary findings. For instance, the Boston Globe conducted an in-depth analysis of the Campaign's April 2016 Federal Election Commission disclosures, and discovered that the women who worked for the Campaign that month made an average of about $4,500, while the men made nearly $6,100-an astonishing thirty-five percent disparity. *See* Matt Viser. 'Donald Trump's Campaign Pays Women Less Than Men,' ***The Boston Globe***, 4 June 2016, *available at* https://www.bostonglobe.com/news/politics/2016/06/04/donald-trump-campaign-payswomen-less-than-men/V1u0v2MUJiHqhvc5C0W5d0/story.html. (emphasis added). |
|  | "This pay disparity was evident even when researchers took into account only the Campaign's highest-paid senior staff. For instance, the Boston Globe study cited above found that, of the 15 highest-paid employees, only two were women. Id. Likewise, an analysis of the Campaign's May 2016 financial disclosures revealed that '[n]early all of Trump's highest-paid senior staffers are men: Campaign manager Corey Lewandowski, deputy campaign manager Michael Glassner, chief policy adviser Sam Clovis, and director of social media Dan Scavino were each paid between $12,500 and $20,000 for April and May.  The two female senior staffers - communications director Hope Hicks and national spokeswoman Katrina |

| | |
|---|---|
| | Pierson - were paid $7,700 and $10,486, respectively.' See Laura Basset, 'Donald Trump's Campaign Staff Is 75 Percent Men,' The Huffington Post, 25 May 2016, available at https://www.huffpost.com/entry/donald-trump-male-staff-75ana5745b564e4b055bb1170c0de."  (emphasis added). |
| 11 | "Notably, the gender pay gap observed in these studies continued well into President Trump's tenure in the White House. See Josh Delk and Megan R. Wilson, 'White House releases salaries of top Trump staffers,' The Hill, 30 June 2017, available at https://thehill.com/homenews/administration/340302-white-house-releases-salaries-of-top-trump-staffers (showing that of the twenty-two highest-paid White House employees, only six were women)."  (emphasis added). |
| | "The widespread nature of the EPA violations at issue is further demonstrated by the fact that similar cases have been filed against DJTFP in the past. For instance, in January 2016, an Iowa field organizer named Elizabeth Mae Davidson accused the Trump Campaign of sex discrimination, claiming that men were paid more than women for doing the same work. In an interview, Ms. Davidson said she was paid $2,000 a month and was classified as part-time because she also had a job as a paralegal. However, another district representative, Marc Elcock, was paid more, even though he, too, had a day job. See Trip Gabriel, "Donald Trump Field Organizer Accuses Campaign of Sex Discrimination," The New York Times, 31 Jan. 2016, available at https://www.nytimes.com/2016/02/01/us/politics/trump-field-organizer-accuses-campaign-of-sex-discrimination.html. According to public filings, several men who held the same title as her, including Mr. Elcock, were paid $3,500 to $4,000 a month. Id. Though Ms. Davidson received a right-to-sue letter from the Equal Employment Opportunity Commission, she ultimately opted not to pursue her case against the campaign for undisclosed reasons. See Ryan J. Foley, 'Iowa woman drops gender bias case against Trump campaign, lawyer says,' The Des Moines Register, 3 Jan. 2018, available at https://www.desmoinesregister.com/story/news/crime-and-courts/2018/01/03/iowa-woman-drops-gender-bias-case-against-trump-campaign-lawyer-says/1000565001/."  (emphasis added). |
| 12 | "Defendant Trump has repeatedly made light of the issue of equal pay and has expressed particular disdain for working mothers. For instance, he justified lower pay for women in an interview with Mika Brzezinski for her 2011 book, Knowing Your Value, saying 'an employer could say 'she's not giving me 100 percent. She's giving me 84 percent, and 16 percent is going towards taking care of children.''" See Christina Cauterucci, 'The Trump Campaign Pays its Few Female Employees Much Less than its Male Ones,' Slate, 26 May 2016, available at https://slate.com/human-interest/2016/05/trump-s-campaign-pays-its-few-female-employees-much-less-than-its-male-ones.html. Defendant Trump has also remarked that pumping breast milk in the office is 'disgusting' (see id.); that pregnancy is 'an inconvenience' for an employer (see Basset); and that he opposes the idea of a law requiring employees to pay women and men the same (id.)."  (emphasis added). |
| 16 | "DJTFP's very own reelection **campaign Manager has said**: 'We're closing in on selling our one millionth red MAGA [Make America Great Again] hat. You |

|  | know those are 45 bucks a piece. You do the math there really quick, it's $45 million. So those kind of things-this president has changed the game in the way **merchandise**, rallies, the entire experience of being part of the political movement. He's changed it.' *See* David Brennan, 'Donald Trump Campaign Manager Says Nearly 1 Million MAGA Hats Sold, and $45 Million Made,' Newsweek, 29 April 2019, *available at* https://www.newsweek.com/donald-trump-campaign-maga-hats-donations-brad-parscale-2020-1408087." (first emphasis added, second emphasis by Plaintiff). |
|---|---|