# EXHIBIT 3

~~THE UNITED STATES DISTRICT COURT~~
~~FOR THE MIDDLE DISTRICT OF FLORIDA~~
~~TAMPA DIVISION~~

# Notice of Equal Pay Act lawsuit against Donald J. Trump for President, Inc. ("DJTFP") on behalf of female employees

**A court authorized this notice. This is not a solicitation from a lawyer.**

**TO:** All women employed by Defendant Donald J. Trump for President, Inc. ("DJTFP") from [date of mailing of notice] ~~May 13, 2016~~ to the present.

> **FordHarrison:** As pointed out by one of the cases Plaintiff herself cites as supporting her proposed notice procedures, using the Court's name as the heading for the notice may "mislead class members into thinking that the Form was issued by the Court." *Alequin v. Darden Rests., Inc.*, No. 12-61742-CIV-ROSENBAUM/SELTZER, 2013 U.S. Dist. LEXIS 108341, at *5 (S.D. Fla. July 31, 2013).

> **FordHarrison:** As explained at page 17 (footnote 46) of Defendant's opposition to certification, notice should be sent only to those employed after a date three years prior to mailing of notice.

**DATE:** _____, 2019

**RE:** ~~Equal Pay Act ("EPA") collective action lawsuit against DJTFP alleging that DJTFP discriminated against female employees nationwide by systematically paying them less than male employees for substantially similar work.~~ Lawsuit making allegation, denied by DJTFP, that DJTFP violated the Equal Pay Act ("EPA").

> **FordHarrison:** Plaintiff's proposed reference line creates an unbalanced impression by stating only Plaintiff's allegations. It should be stated in neutral terms.

*Alva Johnson v. Donald J. Trump, et al.*, Case No. 8:19-cv-00475-WFJ-SPF, pending in the United States District Court for the Middle District of Florida.

## 1.     Why did I get this notice?

The purpose of this notice is to inform you of the existence of a collective action lawsuit against DJTFP. The Court has determined that one or more employees of DJTFP ~~that you~~ may be similarly situated to Alva Johnson, the individual who brought this case. The Court has ordered that this notice be sent to you, so that you can decide whether to join the lawsuit.

> **FordHarrison:** As proposed by Plaintiff, this is not accurate. The Court, at this stage, will not have made any determination about any individual.

The Court has not ruled on the merits of the lawsuit. The Court has only ruled that it is important that you be notified of the existence of the lawsuit and your opportunity to join the lawsuit, within 60 days from the date of this notice. ~~The Court has only ruled that it is important that you be notified of the existence of the lawsuit so that you can protect your rights from expiring by joining the lawsuit.~~

## 2.     What is this lawsuit about?

> **FordHarrison:** The last sentence of Plaintiff's proposed Section 1 creates an unbalanced impression by its reference to "protect[ing] your rights."

Plaintiff Alva Johnson alleges that she and similarly situated female employees were paid less than their male counterparts for performing substantially work. DJTFP disputes these allegations and contends that its compensation policies were lawful. Plaintiff seeks, among other relief, front-pay, back wages, liquidated damages (in an amount equal to back wages) or interest, attorneys' fees, and litigation costs, for herself and other similarly situated employees. DJTFP denies that Plaintiff or any member of the proposed class is entitled to additional pay, or to any of the other damages and relief Plaintiff claims. ~~Plaintiff Alva Johnson alleges that she and similarly situated female employees nationwide were paid less than their male counterparts for performing substantially similar work, and that this~~

pay disparity was the result of a common scheme carried out by DJTFP's management and upheld via DJTFP's centralized decision-making and policies. Plaintiff seeks, among other relief, front-and back-pay, liquidated damages (in an amount equal to back wages) or interest, attorneys' fees, and litigation costs for herself and other similarly situated employees.

For more information, please visit [insert website]

**FordHarrison:** Plaintiff's proposed Section 2 includes an inflammatory reference to a "scheme," and creates an unbalanced impression by stating both Plaintiff's theory of liability and the damages sought, before mentioning Defendant's denial of liability, and by failing to state that Defendant denies that damages are owed.

**FordHarrison:** Defendant has no objection to this term, as long as the website is the website of a claims administrator, and as long as the content of the website is determined by agreement of the parties or by Court Order.

1

~~DJTFP disputes these allegations and contends that its compensation policies are lawful.~~

~~4.~~    ~~How can I join the lawsuit?~~

~~If you are a potential collective member as defined on page 1, you may choose to join this suit (that is, you may "opt in").~~ **To opt in, you must submit a "Consent to Join" form by [insert date 90 days from date of mailing]. You can submit the Consent to Join form on the web at [website], by email to [email address], by fax to [fax #], or by mail to [mailing address]. To be timely, the form must be postmarked or received by [insert date 90 days from date of mailing]. A Consent to Join form and stamped envelope are enclosed with this notice.**

~~6.~~**3.**    **What happens if I join the lawsuit?**

If you file a Consent to Join form, you will become a party to Ms. Johnson's lawsuit.  This means that you will be bound by all orders of the Court, and will be barred from pursuing in any other lawsuit or in any other forum EPA claims similar to those asserted in the lawsuit.  You will be represented by Ms. Johnson and her counsel, and authorize them to make decisions on your behalf regarding the lawsuit, including any settlement.  You may be required to participate in discovery and trial, which may include testifying at a deposition or in court, or both, and providing documents and information, through your lawyers, to DJTFP.  If DJTFP successfully requests that the Court order the Plaintiffs to pay DJTFP's attorneys' fees and/or costs, you could be required to pay a share of those attorneys' fees and costs. ~~If you file a Consent to Join form, you agree that the Court's orders will apply to you, whether they are favorable or unfavorable (that is, whether the Plaintiff wins her case against DJTFP or not). You also agree that you will be represented by the Plaintiff and her counsel and authorize them to make decisions on your behalf regarding the lawsuit, including any settlement. These decisions and agreements will then be binding on you.~~

Plaintiff's attorneys will not charge you directly for their work in this case. If there is no recovery (*i.e.*, if Plaintiff recovers no money from DJTFP), you will not have to pay Ms. Johnson's ~~the~~ attorneys for any of their work. If there is a recovery, Plaintiff's attorneys will receive whatever attorneys' fees the Court orders. Those fees may be subtracted from the recovery obtained from DJTFP, or they may be paid separately by DJTFP, or they may be a combination of the two.

~~7.~~**4.**    **What happens if I do not join the lawsuit?**

If you choose not to join this lawsuit, you will not be affected by any judgment in the lawsuit relating to the EPA claim, whether favorable or unfavorable. However, you will not be able to receive any money that may be recovered in the lawsuit. If you choose not to join this lawsuit, you will have the right to file your own lawsuit.  If you do file your own lawsuit, you will have the right to decide whether or not you want to be represented by an attorney, and you and your attorney would decide what obligations you have concerning payment for your attorney' services. ~~You may file your own lawsuit and select the attorney of your choice at your own expense.~~

**How can I join the lawsuit?**

If you are female and were an employee of DJTFP between [enter date of mailing of Notice] and the present, and if you were paid less than a male employee who was employed by DJTFP in a position with job duties substantially similar to your duties, then you may choose to join this lawsuit (that is, you may "opt in").  To opt in, you must submit a "Consent to Join" form by [enter date 60 days from date of mailing of notice].  You may submit the Consent to Join form by completing the form and mailing it in

---

**FordHarrison:**   Comparable text has been included in Defendant's proposed Section 2.  In any case, Defendant's perspective on the case should not be separated out from Plaintiff's description as a single line on the next page.

**FordHarrison:**   Section 3 should be moved.  In essence, Section 3 invites the reader to join the lawsuit, before explaining the implications of doing so.  Section 4, "What happens if I join the lawsuit?" should be relabeled as Section 3, Section 5, Section 4, "What happens if I do not join the lawsuit?" should be relabeled as Section 4, and Section 3 should be moved, so that it follows the new Section 4, and relabeled as Section 5.  Other proposed changes to this section appear below.

**FordHarrison:**   Plaintiff's proposed Section 4, (which we have argued should be Section 3), does not fully apprise the reader of the implications of opting in.  Also, the parenthetical in the first paragraph of Section 4 suggests a limitation on the extent to which an individual who opts in will be bound by court orders.

**FordHarrison:**   Plaintiff's proposed Section 5, (which we have argued should be Section 4), incorrectly suggests that if an individual chooses not to opt in, and to pursue her own lawsuit, she would be required to be represented by counsel and to incur expenses in connection with such representation.

the enclosed, stamped envelope.  To be timely, the mailing must be post-marked on or before the 60th day from the mailing of this notice.

### ~~3.~~5.    What happens next?

The lawsuit will proceed.  It may take many months or years for the lawsuit to reach a conclusion.  It may be resolved by a negotiated agreement between the parties, by a court order dismissing the lawsuit, or by trial.  If you join the lawsuit, Plaintiff's counsel may contact you from time to time, to update you on the status of the lawsuit, or to inform you of actions that you may be required to take. ~~The lawsuit will proceed toward trial, which could take many months or years. If your contact information changes, and you want Plaintiff's counsel to be able to contact you (*e.g.*, to update you about the case, to send you money from any settlement or judgment, etc.), you may provide your updated contact information to Plaintiff's counsel (whose information is available at www.tzlegal.com and in Section 7, below).~~

*~~For more information, please visit [insert website]~~*

2

> **FordHarrison:**    Plaintiff's proposed Section 3 (which we have argued should be Section 5) should be revised, for several reasons.  First, it refers to a definition of "potential collective member," which it states is "on page 1," but there is no such definition.  Second, it affords 90 days for opting in when, as argued in Defendant's opposition to certification, the opt in period should be limited to 60 days.  Third, although the notice contemplates that a stamped envelope will be included, which will afford a simple, cost-free means of opting in, with clear verification (by post-mark) as to whether a consent to join was timely, Section 3 proposes allowing consents to be made via the web, by email or by fax.  Each of those methods creates a risk of uncertainty as to the timeliness of consent to join.  Because enclosing a stamped envelope affords an opportunity to join without cost or burden, there is no reason to allow other methods that could create uncertainty concerning timeliness.  We note that Plaintiff has cited authority for the proposition that notice may be <u>sent</u> by email; she has not cited any authority for allowing consent to be effectuated by email (or by fax or web).

> **FordHarrison:**    Plaintiff's proposed Section 6 assumes the individual has decided to join the lawsuit, and creates a misimpression that the lawsuit will proceed to trial, and that counsel will "be able to contact" someone who joins "to send you money."  Both suggestions suggest an outcome, which in turn suggests that the Court has prejudged the case or made determinations favorable to Plaintiff, and tend to create unjustified expectations, and therefore are improper.

> **FordHarrison:**    For reasons explained in Defendant's opposition memorandum, putative class members should not be communicating with Class Counsel.

**7.     Your legal representation if you join**

If you choose to join this suit, you will be bound by decisions of Class Counsel, who are named below.  You also have the right to select and be represented by your own counsel.

~~If you choose to join this suit, you will be represented by the Plaintiffs through their attorneys. The attorneys are~~

> **FordHarrison:**    Section 7 should advise putative class members of their right to elect to be represented by counsel of their own choosing.

Hassan A. Zavareei
**Trial Counsel**
Katherine M. Aizpuru
**TYCKO & ZAVAREEI LLP**
1828 L Street NW, Suite 1000
Washington, D.C. 20036
P: (202) 417-3667
F: (202) 973-0950
hzavareei@tzlegal.com
kaizpuru@tzlegal.com

Janet Varnell (Fla. Bar No. 71072)
Brian W. Warwick, (Fla. Bar No. 0605573)
**VARNELL & WARWICK, PA**
P.O. Box 1870
Lady Lake, FL 32158-1870
P: 352-753-8600
F: 352-503-3301
jvarnell@varnellandwarwick.com
bwarwick@varnellandwarwick.com

Tanya S. Koshy
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, CA 94612
P: (510) 250-3298
F: (202) 973-0950
tkoshy@tzlegal.com

F. Paul Bland Karla Gilbride **PUBLIC JUSTICE, P.C.** 1620 L Street NW, Suite 630
Washington, DC 20036
(202) 797-8600

Jennifer Bennett
**PUBLIC JUSTICE, P.C.**
475 14th Street, Suite 610
Oakland, CA 94612
(510) 622-8150

~~If you would like further information about this lawsuit or have questions about the procedure or deadline for filing a Consent to Join form, please contact Plaintiffs' counsel.~~

> **FordHarrison:**    For reasons explained in Defendant's opposition memorandum, putative class members should not be communicating with Class Counsel.

**8.     This notice has been authorized by the Court.**

This notice and its contents have been authorized by the United States District Court for the Middle District of Florida, Tampa Division, the Honorable William F. Jung presiding. The Court has taken no position regarding the merits of Plaintiff's claims or of DJTFP's defenses.

~~For more information, please visit [insert website]~~

3

**Consent To Join Form**

I am a woman who was employed by Donald J. Trump for President, Inc. ("DJTFP") between [date of mailing of notice] ~~May 13, 2016~~ and the present.

I choose to participate in the lawsuit titled *Alva Johnson v. Donald J. Trump, et al.*, Case No. 8:19-cv-00475-WFJ-SPF (M.D. Fla.) ~~to recover monetary damages~~ under the federal Equal Pay Act ("EPA"), 29 U.S.C. § 216(b).

I choose to be represented in this action by the named plaintiff and Tycko & Zavareei LLP, Varne**l** & Warwick, PA, and Public Justice, P.C. ("Plaintiff's Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiff's Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiff's Counsel will petition the Court to award them attorneys' fees and costs from any settlement or judgment.

~~I also consent to join any separate or subsequent action to assert my claims against DJTFP, and/or any related entities or persons potentially liable.~~

Print Name: _____

Signature: _____

**FordHarrison:** As explained at page 17 (footnote 46) of Defendant's opposition to certification, notice should be sent only to those employed after a date three years prior to mailing of notice.

**FordHarrison:** This clause suggests that damages will be recovered, and thereby that the Court has made such a determination, and creates unjustified expectations by improperly implying that an individual who chooses to participate will recover monetary damages.

**FordHarrison:** This paragraph onstitutes an unlawful solicitation to join other lawsuits, and should be stricken.

Date: _____

*PRIVILEGED ATTORNEY-CLIENT COMMUNICATION*

**Additional Information Regarding The Consent To Join Form**

~~This form has been completed with your personal, non-work contact information, so that we (your attorneys) can stay in touch to update you regarding the lawsuit's progress, and so that we can give you your share of any money that is recovered (if any) from DJTFP on your behalf.~~ If any of the information below is incorrect, please <u>provide correct information</u> ~~contact us to correct your information (our contact information is~~ below~~)~~.

Name:

Address:

City, State, Zip: _____

Telephone Number(s): _____

E-Mail Address: _____

- ~~This lawsuit asserts Equal Pay Act claims on behalf of female employees of Donald J. Trump for President, Inc. ("DJTFP") who were systematically paid less than their male counterparts for substantially similar work from May 13, 2016 to the present.~~

> **FordHarrison:** The first sentence should be stricken because it is unnecessary, and assumes that putative class members will select Class Counsel as their attorneys. The second should be modified because, for reasons explained in Defendant's opposition, putative class members should not be communicating with Class Counsel.

> **FordHarrison:** This entire bullet should be stricken because it creates an unbalanced impression by stating only Plaintiff's allegations. In addition, the text from "who were" to the end should be stricken because it implies that the Court has made a determination, and further is inflammatory.

- ~~It is illegal for any employer to retaliate against an individual for exercising his or her rights (such as by participating in this lawsuit, signing or submitting this document, or talking to attorneys about his or her rights).~~

- ~~If you have any questions or wish to update your contact information, please contact Hassan Zavareei or Kate Aizpuru at Tycko & Zavareei LLP by calling (202) 973-0900, or by emailing hzavareei@tzlegal.com or kaizpuru@tzlegal.com. You may also visit [insert website] for more information.~~

- ~~Please feel free to share this form and information with others who may be eligible to participate in this collective action lawsuit.~~

**FordHarrison:** This statement should be stricken because it is inflammatory, and constitutes an improper solicitation. There is no allegation of retaliation in this lawsuit. *See Reese v. Fla. BC Holdings, LLC*, No. 6:17-cv-1574-Orl-41GJK, 2018 U.S. Dist. LEXIS 73343, at *17 (M.D. Fla. Mar. 16, 2018) (FLSA notice should not include reference to retaliation where Plaintiff has not asserted a **retaliation** claim), *adopted in relevant part by* 2018 U.S. Dist. LEXIS 73892 (M.D. Fla. Apr. 30, 2018).

**FordHarrison:** For reasons explained in Defendant's opposition memorandum, putative class members should not be communicating with Class Counsel.

**FordHarrison:** This text improperly invites putative class members to serve as Plaintiff's agents in distributing the notice and encouraging others to opt in. Notice should be supervised by the Court, and should be communicated, if at all, only in accordance with the procedures approved by the Court. Plaintiff should not be permitted to, in effect, deputize other individuals to encourage others to join.