# EXHIBIT 4

# Notice of Equal Pay Act lawsuit against Donald J. Trump for President, Inc. ("DJTFP") on behalf of female employees

**A court authorized this notice. This is not a solicitation from a lawyer.**

**TO:** All women employed by Defendant Donald J. Trump for President, Inc. ("DJTFP") from [date of mailing of notice] to the present.

**DATE:** _____, 2019

**RE:** Lawsuit making allegation, denied by DJTFP, that DJTFP violated the Equal Pay Act ("EPA").

*Alva Johnson v. Donald J. Trump, et al.*, Case No. 8:19-cv-00475-WFJ-SPF, pending in the United States District Court for the Middle District of Florida.

### 1. Why did I get this notice?

The purpose of this notice is to inform you of the existence of a collective action lawsuit against DJTFP. The Court has determined that one or more employees of DJTFP may be similarly situated to Alva Johnson, the individual who brought this case. The Court has ordered that this notice be sent to you, so that you can decide whether to join the lawsuit.
The Court has not ruled on the merits of the lawsuit. The Court has only ruled that it is important that you be notified of the existence of the lawsuit and your opportunity to join the lawsuit, within 60 days from the date of this notice.

### 2. What is this lawsuit about?

Plaintiff Alva Johnson alleges that she and similarly situated female employees were paid less than their male counterparts for performing substantially work. DJTFP disputes these allegations and contends that its compensation policies were lawful. Plaintiff seeks, among other relief, front-pay, back wages, liquidated damages (in an amount equal to back wages) or interest, attorneys' fees, and litigation costs, for herself and other similarly situated employees. DJTFP denies that Plaintiff or any member of the proposed class is entitled to additional pay, or to any of the other damages and relief Plaintiff claims.

### 3. What happens if I join the lawsuit?

If you file a Consent to Join form, you will become a party to Ms. Johnson's lawsuit. This means that you will be bound by all orders of the Court, and will be barred from pursuing in any other lawsuit or in any other forum EPA claims similar to those asserted in the lawsuit. You will be represented by Ms. Johnson and her counsel, and authorize them to make decisions on your behalf regarding the lawsuit, including any settlement. You may be required to participate in discovery and trial, which may include testifying at a deposition or in court, or both, and providing documents and information, through your lawyers, to DJTFP. If DJTFP successfully requests that the Court order the Plaintiffs to pay DJTFP's attorneys' fees and/or costs, you could be required to pay a share of those attorneys' fees and costs. Plaintiff's attorneys will not charge you directly for their work in this case. If there is no recovery (*i.e.*, if Plaintiff recovers no money from DJTFP), you will not have to pay Ms. Johnson's attorneys for any of their work. If there is a recovery, Plaintiff's attorneys will receive whatever attorneys' fees the Court orders. Those fees may be subtracted from the recovery obtained from DJTFP, or they may be paid separately by DJTFP, or they may be a combination of the two.

### 4. What happens if I do not join the lawsuit?

If you choose not to join this lawsuit, you will not be affected by any judgment in the lawsuit relating to the EPA claim, whether favorable or unfavorable. However, you will not be able to receive any money that may be recovered in the lawsuit. If you choose not to join this lawsuit, you will have the right to file your own lawsuit. If you do file your own lawsuit, you will have the right to decide whether or not you want to be represented by an attorney, and you and your attorney would decide what obligations you have concerning payment for your attorney' services.

### 5. How can I join the lawsuit?

If you are female and were an employee of DJTFP between [enter date of mailing of Notice] and the present, and if you were paid less than a male employee who was employed by DJTFP in a position with job duties substantially similar to your duties, then you may choose to join this lawsuit (that is, you may "opt in"). To opt in, you must submit a "Consent to Join" form by [enter date 60 days from date of mailing of notice]. You may submit the Consent to Join form by completing the form and mailing it in the enclosed, stamped envelope. To be timely, the mailing must be post-marked on or before the 60th day from the mailing of this notice.

### 6. What happens next?

The lawsuit will proceed. It may take many months or years for the lawsuit to reach a conclusion. It may be resolved by a negotiated agreement between the parties, by a court order dismissing the lawsuit, or by trial. If you join the lawsuit, Plaintiff's counsel may contact you from time to time, to update you on the status of the lawsuit, or to inform you of actions that you may be required to take.

### 7. Your legal representation if you join

If you choose to join this suit, you will be bound by decisions of Class Counsel, who are named below. You also have the right to select and be represented by your own counsel.

Hassan A. Zavareei
**Trial Counsel**
Katherine M. Aizpuru
**TYCKO & ZAVAREEI LLP**
1828 L Street NW, Suite 1000
Washington, D.C. 20036
P: (202) 417-3667
F: (202) 973-0950
hzavareei@tzlegal.com
kaizpuru@tzlegal.com

Janet Varnell (Fla. Bar No. 71072)
Brian W. Warwick, (Fla. Bar No. 0605573)
**VARNELL & WARWICK, PA**
P.O. Box 1870
Lady Lake, FL 32158-1870
P: 352-753-8600
F: 352-503-3301
jvarnell@varnellandwarwick.com
bwarwick@varnellandwarwick.com

Tanya S. Koshy
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, CA 94612
P: (510) 250-3298
F: (202) 973-0950
tkoshy@tzlegal.com

F. Paul Bland Karla
Gilbride **PUBLIC JUSTICE, P.C.** 1620 L
Street NW, Suite 630
Washington, DC 20036
(202) 797-8600

Jennifer Bennett
**PUBLIC JUSTICE, P.C.**
475 14th Street, Suite 610
Oakland, CA 94612
(510) 622-8150

### 8. This notice has been authorized by the Court.

This notice and its contents have been authorized by the United States District Court for the Middle District of Florida, Tampa Division, the Honorable William F. Jung presiding. The Court has taken no position regarding the merits of Plaintiff's claims or of DJTFP's defenses.

**Consent To Join Form**

I am a woman who was employed by Donald J. Trump for President, Inc. ("DJTFP") between [date of mailing of notice] and the present.

I choose to participate in the lawsuit titled *Alva Johnson v. Donald J. Trump, et al.*, Case No. 8:19-cv-00475-WFJ-SPF (M.D. Fla.) under the federal Equal Pay Act ("EPA"), 29 U.S.C. § 216(b).

I choose to be represented in this action by the named plaintiff and Tycko & Zavareei LLP, Varnel & Warwick, PA, and Public Justice, P.C. ("Plaintiff's Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiff's Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiff's Counsel will petition the Court to award them attorneys' fees and costs from any settlement or judgment.

Print Name: _____

Signature: _____

Date: _____

*PRIVILEGED ATTORNEY-CLIENT COMMUNICATION*

**Additional Information Regarding The Consent To Join Form**

If any of the information below is incorrect, please provide correct information.

Name: _____

Address: _____

City, State, Zip: _____

Telephone Numbers: _____

Email address: _____