UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALVA JOHNSON,
Individually and On Behalf of All Others
Similarly Situated,

    Plaintiff,                                         Case No. 8:19-cv-00475-WFJ-SPF

v.

DONALD J. TRUMP,
In his Individual Capacity and
DONALD J. TRUMP FOR
PRESIDENT, INC.

    Defendants.
_____/

## UNOPPOSED MOTION FOR RYAN STONEROCK TO APPEAR *PRO HAC VICE*

Defendants Donald J. Trump and Donald J. Trump for President, Inc., by their undersigned counsel and pursuant to Local Rule 2.02, move the Court to specially admit Ryan Stonerock to appear and be heard in this case, and say:

1. Mr. Stonerock is a member in good standing of the following state bars: California (Bar No. 247132).

2. Mr. Stonerock is also a member in good standing of the bars of the following District Courts of the United States: United States District Courts for the Central and Southern Districts of California.

3. There are no pending proceedings against Mr. Stonerock in any state or federal court. Mr. Stonerock has never been convicted of a felony. Mr. Stonerock has never been censured, suspended, disbarred, or denied admission by any court.

1

4. Mr. Stonerock has not made frequent or regular appearances in separate cases such as to constitute the maintenance of the regular practice of law in the State of Florida.

5. Mr. Stonerock is familiar with, and recognizes that he shall be governed by, among other things, all Local Rules of the United States District Court, Middle District of Florida, including Rule 2.04 thereof in particular, and is also familiar with and governed by the Code of Professional Responsibility and other ethical limitations or requirements governing the professional behavior of members of the Florida Bar.

6. Mr. Stonerock designates Dawn Siler-Nixon and Tracey K. Jaensch of FORDHARRISON LLP as the lawyers and law firm upon whom all notices and papers may be served and who will be responsible for the progress of the case, including the trial in default of the non-resident attorney. Ms. Siler-Nixon and Ms. Jaensch are members in good standing and admitted to practice in this Court.

7. Through the signature affixed below, Ms. Siler-Nixon, on behalf of herself, Ms. Jaensch and their firm, consents to act and accepts designation as local counsel.

8. Accordingly, service of all required notices and papers may be provided to and served upon defendants Donald J. Trump and Donald J. Trump for President, Inc. at the following address:

Dawn Siler-Nixon
Florida Bar No. 993360
DSiler-Nixon@FordHarrison.com
Tracey K. Jaensch
Florida Bar No. 907057
TJaensch@FordHarrison.com
FORD**HARRISON** LLP
101 E. Kennedy Blvd., Suite 900
Tampa, Florida 33602
Telephone: (813) 261-7800
Facsimile: (813) 261-7899

9. Mr. Stonerock will comply with the email registration requirements of this Court.

10. Mr. Stonerock will comply with the fee requirements of Rule 2.01(d).

11. Mr. Stonerock hereby certifies that the signed Special Admission Attorney Certification form, along with the prescribed fee, is being sent via overnight mail to the Clerk of the U. S. District Court, Middle District of Florida, Tampa Division, 801 North Florida Avenue, Tampa, Florida 33602 contemporaneously with the filing of this Motion.

WHEREFORE, Defendants, Donald J. Trump, and Donald J. Trump for President, Inc. request that Ryan Stonerock be permitted to specially appear and be heard in this case.

## LOCAL RULE 3.01(G) CERTIFICATION

Pursuant to Local Rule 3.01(g), counsel for Defendants, Donald J. Trump, and Donald J. Trump for President, Inc., has conferred with counsel for Plaintiff, and counsel for Plaintiff has no opposition to the requested appearance of Ryan Stonerock in this matter.

[Signature Appears on Following Page]

Dated this 4th day of June 2019.

        FORD**HARRISON** LLP

        */s/ Dawn Siler-Nixon*
        Dawn Siler-Nixon
        Florida Bar No. 993360
        DSiler-Nixon@FordHarrison.com
        Tracey K. Jaensch
        Florida Bar No. 907057
        TJaensch@FordHarrison.com
        101 E. Kennedy Blvd., Suite 900
        Tampa, Florida 33602
        Telephone: (813) 261-7800
        Facsimile: (813) 261-7899

        Charles J. Harder
        CHarder@HarderLLP.com
        Ryan Stonerock
        RStonerock@HarderLLP.com
        *Pro Hac Vice Pending*
        HARDER LLP
        132 S. Rodeo Drive, Fourth Floor
        Beverly Hills, CA  90212
        Telephone:  (424) 203-1600
        Fax: (424) 203-1601

        Attorneys for Defendants
        Donald J. Trump and
        Donald J. Trump for President, Inc.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on June 4, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will electronically send a notice of electronic filing to all counsel of record.

        */s/ Dawn Siler-Nixon*
        Attorney

WSACTIVELLP:10565750.1