**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| | |
|---|---|
| **CASE NO.:** 8:19-cv-475-T-02SPF | **DATE:** June 5, 2019 |
| **HONORABLE WILLIAM F. JUNG** | |
| **ALVA JOHNSON**<br><br>    **Plaintiff,**<br><br>v.<br><br>**DONALD J. TRUMP, et al.,**<br><br>    **Defendants.** | **PLAINTIFF COUNSEL**<br>Janet R. Varnell<br>Hassan A. Zavareei<br>Katherine M. Aizpuru<br>Karla Gilbride<br><br>**DEFENDANTS COUNSEL**<br>Charles J. Harder<br>Tracey K. Jaensch<br>Dawn Siler-Nixon |
| **COURT REPORTER:** Nikki Peters | **DEPUTY CLERK:** Shameeka Olden |
| **TIME:** 8:54 AM – 10:52 AM<br>**TOTAL:** 1 hour, 58 minutes | **COURTROOM:** 15B |

**PROCEEDINGS:** STATUS CONFERENCE and MOTION Hearing re MOTION to Strike Portions of Plaintiff's Complaint [30]; and MOTION to Dismiss Plaintiff's Complaint [32]

Court called to order.

Counsel should contact the courtroom deputy if electronic device orders are needed for their clients in the future.

Unless the parties desire otherwise, the Court will address the Motion to Certify Class after the pleadings are at rest.

The parties are permitted to appear by telephone for hearings.

The Court heard argument from Mr. Harder regarding the Motion to Strike and argument from Ms. Jaensch on the Motion to Dismiss. Response by Mr. Zavareei. Follow-up by Mr. Harder, Ms. Jaensch, and Mr. Zavareei.

The Court took the motions under advisement and will enter an order by 6/14/2019.

A Case Management Scheduling Order will be entered after an order on the Motion to Strike and Motion to Dismiss is entered.

Defendant should file a motion for a protective order as to the President's participation in discovery no later than 7/10/2019. Plaintiff should file a reply.