# EXHIBIT 3

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**ALVA JOHNSON,**
*Individually and On Behalf of All Others*
*Similarly Situated*                    **Case No.: 8:19-cv-475-T-02SPF**

       **Plaintiff,**

**vs.**

**DONALD J. TRUMP**
*In his Individual Capacity* and
**DONALD J. TRUMP FOR PRESIDENT,**
**INC.,**

       **Defendant,**
_____/


## DECLARATION OF CORINA COTENESCU

    I, Corina Cotenescu, hereby declare as follows:

1. I make this Declaration based upon personal knowledge and/or upon information and belief.

2. I am over 21 years of age and fully competent to make this declaration. I live in New York. If called and sworn as a witness, I would testify competently as to the facts in this Declaration.

### My Job Duties at Donald J. Trump for President, Inc.

3. I was employed at Donald J. Trump for President, Inc. in late 2016.

4. My job title was Outreach Associate. My job duties included coordinating outreach to women's groups and other affinity and coalition groups; building up the Campaign's social media presence; and contacting voters, including through email blasts.

**<u>Common Compensation Policies and Centralized Decision-Making<br>at Donald J. Trump for President, Inc.</u>**

5. All employees of Donald J. Trump for President, Inc. throughout the country were subjected to the same common and uniform compensation policies and practices. Such policies governed all components of my pay, including initial salary, salary increases, promotional salary increases, bonuses, awards, and incentive pay.

**<u>Unequal Pay for Women at Donald J. Trump for President, Inc.</u>**

6. I believe that Donald J. Trump for President, Inc. paid me and other similarly situated female employees less than male employees who performed the same or similar job duties under similar working conditions.

7. I wish to opt in to the above-captioned lawsuit to recover monetary damages under the federal Equal Pay Act ("EPA"), 29 U.S.C. § 216(b).

I declare under penalties of perjury that the foregoing is true and accurate to the best of my knowledge and belief.

Dated:  June 6, 2019

Respectfully submitted,

_____

Corina Cotenescu