UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALVA JOHNSON, individually and on
behalf of all others similarly situated,

    Plaintiff,

v.                                                                                CASE NO.  8:19-cv-475-T-02SPF

DONALD J. TRUMP, and
DONALD J. TRUMP FOR PRESIDENT, INC.,

    Defendants.
_____/

## ORDER ON CASE MANAGEMENT REPORT

This Order addresses some matters left open by the parties' Case Management Report, filed at docket 36.

Concerning depositions, each side may take up to ten (10) depositions on the battery portion of the case, including any experts.  Local Rule 3.02(b) (M.D. Fla.); Fed. R. Civ. P. 30(a)(2)(A) and 31(a)(2)(A).  The defendant Trump is filing a pleading no later than July 10, 2019, concerning his participation in discovery.  The Court will set a telephonic hearing on that matter once Plaintiff responds.

The wages portion of the complaint (original complaint Counts 2 and 3) is not yet at rest.  Although the Court would anticipate permitting additional

depositions in that subject area, the matter is presently not definite, so no ruling is made as to depositions in that subject area.

Because the wages portion is presently indefinite, the Court does not set discovery cut off dates at this time.

The Court does not set a mediation deadline at this time.

**DONE AND ORDERED** at Tampa, Florida, on June 17, 2019.

 s/*William F. Jung*
**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record