IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
(TAMPA DIVISION)

**ALVA JOHNSON,**
**Individually and on behalf of all others**
**similarly situated,**                              Case No. 8:19-CV-00475-WFJ-SPF

      **Plaintiff,**

vs.

**DONALD J. TRUMP, In his Individual**
**Capacity and DONALD J. TRUMP**
**FOR PRESIDENT, INC.,**

      **Defendants.**
_____/

## JOINT MOTION TO ENTER STIPULATED PROTECTIVE ORDER

The parties jointly move the Court to enter the accompanying Stipulation Governing the Production and Exchange of Confidential Information. Discovery in this case is likely to include confidential information, for which there is good cause for protection from disclosure under Federal Rule of Civil Procedure 26(c). This stipulation contains the parties' agreement to procedures they consider mutually acceptable for protecting any confidential information that may be produced during discovery. The parties respectfully request that the stipulation be adopted by order of the Court.

DATED: June 20, 2019                              Respectfully submitted,

/s/ Hassan A. Zavareei
Hassan A. Zavareei (*admitted pro hac vice*)
**Trial Counsel**
Katherine M. Aizpuru (*admitted pro hac vice*)
**TYCKO & ZAVAREEI LLP**
1828 L Street NW, Suite 1000
Washington, D.C. 20036
P: (202) 417-3667
F: (202) 973-0950
hzavareei@tzlegal.com
kaizpuru@tzlegal.com

Janet R. Varnell
Florida Bar No. 71072
Brian W. Warwick
Florida Bar No. 605573
**VARNELL & WARWICK, P.A.**
Post Office Box 1870
Lady Lake, Florida 32158
jvarnell@varnellandwarick.com
bwarwick@varnellandwarick.com
kstroly@varnellandwarick.com

Tanya S. Koshy (*admitted pro hac vice*)
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, CA 94612
P: (510) 250-3298
F: (202) 973-0950
tkoshy@tzlegal.com

F. Paul Bland (*admitted pro hac vice*)
Karla Gilbride (*admitted pro hac vice*)
**PUBLIC JUSTICE, P.C.**
1620 L Street NW, Suite 630
Washington, DC 20036
(202) 797-8600

Jennifer Bennett (*admitted pro hac vice*)
**PUBLIC JUSTICE, P.C.**
475 14th Street, Suite 610
Oakland, CA 94612
(510) 622-8150

Attorneys for Plaintiff

/s/ Charles J. Harder
Charles J. Harder
charder@harderllp.com
Admitted *Pro Hac Vice*
**HARDER LLP**
132 S. Rodeo Drive, Fourth Floor
Beverly Hills, CA 90212
Telephone: (424) 203-1600

Dawn Siler-Nixon
Florida Bar No. 993360
Dsiler-nixon@fordharrison.com
Tracey K. Jaensch
Florida Bar No. 907057
tjaensch@fordharrison.com
**FORDHARRISON** LLP
101 E. Kennedy Blvd., Suite 900
Tampa, Florida 33602
Telephone: (813) 261-7800
Facsimile: (813) 261-7899


Attorneys for Defendants
Donald J. Trump
Donald J. Trump For President, Inc.

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on June 20, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will electronically send a notice of electronic filing to counsel for all parties in the case.

                                                                                 */s/ Jennifer Bennett*