UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALVA JOHNSON,
**Individually and On Behalf of All Others
Similarly Situated,**

    **Plaintiff,**                                Case No. 8:19-cv-00475-WFJ-SPF

v.

**DONALD J. TRUMP,**
**In his Individual Capacity and**
**DONALD J. TRUMP FOR**
**PRESIDENT, INC.**

    **Defendants.**
_____/

## NOTICE OF COMPLIANCE WITH ENDORSED ORDER

    Please take notice that counsel for defendants Donald J. Trump and Donald J. Trump for President, Inc., Henry L. Self, III, has complied with the fee and electronic filing requirements set forth in the Court's June 4, 2019 Endorsed Order regarding Mr. Self's Unopposed Motion to Appear *Pro Hac Vice* [ECF No. 50].

Dated this 25th day of June, 2019.

**[Signature appears on next page]**

1

HARDER LLP

/s/ Henry L. Self, III
Henry L. Self, III
HSelf@HarderLLP.com
Charles J. Harder
CHarder@HarderLLP.com
Admitted *Pro Hac Vice*
132 S. Rodeo Drive, Fourth Floor
Beverly Hills, CA  90212
Telephone:  (424) 203-1600
Facsimile: (424) 203-1601

Dawn Siler-Nixon
Florida Bar No. 993360
DSiler-Nixon@FordHarrison.com
Tracey K. Jaensch
Florida Bar No. 907057
TJaensch@FordHarrison.com
FORD**HARRISON** LLP
101 E. Kennedy Blvd., Suite 900
Tampa, Florida 33602
Telephone: (813) 261-7800
Facsimile: (813) 261-7899

Attorneys for Defendants
Donald J. Trump and
Donald J. Trump for President, Inc.

## **CERTIFICATE OF SERVICE**

 I HEREBY CERTIFY that on June 25, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will electronically send a notice of electronic filing upon the following:

Brian W. Warwick
bwarwick@varnellandwarwick.com
jvarnell@varnellandwarwick.com
Janet Varnell
Varnell & Warwick, PA
P.O. Box 1870
Lady Lakes, FL  32158-1870

Hassan A. Zavareei
hzavareei@tzlegal.com
Katherine M. Aizpuru
kaizpuru@tzlegal.com
Tycko & Zavareei LLP
1828 L Street NW, Suite 1000
Washington, D.C.  20036

Tanya S. Koshy
tkoshy@tzlegal.com
Tycko & Zavareei LLP
1970 Broadway, Suite 1070
Oakland, CA  94612

F. Paul Bland
pbland@publicjustice.net
Karla Gilbride
kgilbride@publicjustice.net
Public Justice, P.C.
1620 L Street NW, Suite 630
Washington, DC  20036

Jennifer Bennett
jbennett@publicjustice.net
Public Justice, P.C.
475 14th Street, Suite 610
Oakland, CA  94612

       */s/* Henry L. Self, III
       Attorney