**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ALVA JOHNSON, individually and on behalf of all others similarly situated,**

    Plaintiff,

v.                                      Case No. 8:19-cv-00475-T-02SPF

**DONALD J. TRUMP,**
in his individual capacity and
**DONALD J. TRUMP FOR PRESIDENT, INC.,**

    Defendants.

_____/

## DECLARATION OF HASSAN ZAVAREEI IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL ENTRY OF COURT-ORDERED ESI PROTOCOL AND SCHEDULE FOR AGREEING TO SEARCH TERMS

I, Hassan A. Zavareei, declare as follows:

    1.    I am a partner in the law firm of Tycko & Zavareei LLP and counsel of record for Plaintiff in the above-captioned case. I am above the age of eighteen. I am admitted to this Court *pro hac vice*. I make this declaration based on my personal knowledge and review of relevant records of my law firm. I could and would testify competently to the matters set forth herein if called upon to do so.

    2.    I make this declaration in support of Plaintiff's Motion to Compel Entry of a Court-Ordered ESI Protocol and Schedule for Agreeing on Search Terms.

    3.    On June 20, I sent Charles Harder an email responding to his email of earlier that day in which he had promised to provide further redline edits to the ESI protocol "in the near future." I explained that this vague promise was unacceptable given that Plaintiffs' counsel intended to begin their rolling production of documents the next day, June 21. A true and correct copy of my June 20 email is attached to this declaration as **Exhibit 1**.

4. On June 24, the parties met and conferred telephonically, and I again asked when Defendants' counsel would provide edits on the ESI protocol I had sent on June 19. Defendants' counsel provided no timeline for their responsive edits.

5. On June 25, I again emailed Defendants' counsel imploring that they respond with edits to the ESI protocol by the end of that day so that we could agree on the metadata fields for the document production that both sides had already begun. I offered to speak by phone about the issue if Defendants' counsel believed that would be helpful. A true and correct copy of my June 25 email is attached to this declaration as **Exhibit 2**.

6. To date Defendants' counsel have not responded to my June 25 email, and have provided no input on the ESI protocol beyond the one set of redline edits submitted on June 18.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 2nd day of July, 2019 at Washington, D.C.

*/s/ Hassan A. Zavareei*

Hassan A. Zavareei

# EXHIBIT 1

| | |
|---|---|
| **From:** | Hassan Zavareei |
| **To:** | Charles Harder |
| **Cc:** | Katherine Aizpuru; Janet Varnell; Jennifer Bennett; bwarwick@varnellandwarwick.com; Tanya S. Koshy; Paul Bland; Karla Gilbride; Nicole Porzenheim; Melat Kiros; Ryan Stonerock; Henry Self; Steven Frackman; Dawn Siler-Nixon; Tracey Jaensch |
| **Subject:** | RE: Trump-Johnson: D. Trump Responses and Objections - attached |
| **Date:** | Thursday, June 20, 2019 4:55:50 PM |

Charles,

Thank you for your email. Your accusation that I am "holding hostage" your request for an extension and that I am "unprofessional" because I asked you get back to us in a timely manner on the ESI protocol is not well taken.

Despite the fact that you cannot seem to meet your discovery obligations in a timely fashion, you have time to file motions to compel in the middle of meet and confer discussions arguing that we should produce documents immediately and that we should produce documents we do not even possess—which you would know if you had continued the meet and confer process as we requested. It should come as no surprise that responding to these premature motions takes resources away from our document review, which we are doing to try to meet your artificially imposed deadlines.

To be clear, there is nothing improper or unprofessional on conditioning agreement on one thing to agreement on another. That is the nature of compromise—something we have been doing repeatedly for you, but which you have not reciprocated.

Your vague assertions that we will be getting your redlines to the ESI protocol "in the near future," are insufficient. We don't even have agreement on how we are going to produce ESI and we plan on making our first production tomorrow. To be clear, if we do not have agreement on that format, and you object to the manner in which we make our production, we will not go back and do it again. I have never had so much difficulty with an attorney on such a basic issue.

So I respectfully ask you to stop calling me names and tone down your rhetoric. My compromise offer still stands.

Regards,

Hassan

_____

Hassan Zavareei ⦙ Tycko & Zavareei LLP ⦙ www.tzlegal.com
1828 L Street, NW ⦙ Suite 1000 ⦙ Washington, DC 20036
p 202.973.0910 (direct) ⦙ f 202.973.0950

This message is for the exclusive use of the addressee and contains confidential, privileged and non-disclosable information. If the recipient of this message is not the addressee, or a person responsible for delivering the message to the addressee, the recipient is prohibited from reading or using this message in any way.  If you have received this message by mistake, please call us immediately and destroy the email message.

**From:** Charles Harder <charder@harderllp.com>
**Sent:** Thursday, June 20, 2019 4:31 PM

**To:** Hassan Zavareei <hzavareei@tzlegal.com>
**Cc:** Katherine Aizpuru <kaizpuru@tzlegal.com>; Janet Varnell <jvarnell@varnellandwarwick.com>; Jennifer Bennett <JBennett@publicjustice.net>; bwarwick@varnellandwarwick.com; Tanya S. Koshy <tkoshy@tzlegal.com>; Paul Bland <PBLAND@publicjustice.net>; Karla Gilbride <KGilbride@publicjustice.net>; Nicole Porzenheim <nporzenheim@tzlegal.com>; Melat Kiros <mkiros@tzlegal.com>; Ryan Stonerock <RStonerock@harderllp.com>; Henry Self <hself@harderllp.com>; Steven Frackman <sfrackman@harderllp.com>; Dawn Siler-Nixon <DSiler-Nixon@fordharrison.com>; Tracey Jaensch <TJAENSCH@fordharrison.com>
**Subject:** Re: Trump-Johnson: D. Trump Responses and Objections - attached

Mr Zavareei: I already told you this morning that I will get you a redline to your draft ESI protocol in the near future. I don't know when that will be because the attorneys who otherwise would be working on that have had to spend the past four hours preparing objections-only to plaintiff's discovery request to the campaign, because you have repeatedly refused to grant us the professional courtesy of a simple 7-day extension. You seem to be holding hostage the extension, trying to trade it for something else. That is unprofessional and causing delay. If you would like us to turn to other matters, such as the ESI protocol, we are happy to do so, but will need the requested extension (this is my third request), otherwise we will have to continue working on the objections-only.   Please let me know.

Charles J. Harder
HARDER LLP
132 S. Rodeo Drive, Fourth Floor
Beverly Hills, CA  90212
(424) 203-1600
www.HarderLLP.com

Sent from iPhone; please excuse any typos.

On Jun 20, 2019, at 1:02 PM, Hassan Zavareei <hzavareei@tzlegal.com> wrote:

> Thank you Charles. We can agree to a third extension if you agree to work with us to finalize the ESI protocol in the next couple days.
>
> _____
>
> <image002.jpg>Hassan Zavareei ⋮ Tycko & Zavareei LLP ⋮ www.tzlegal.com
> 1828 L Street, NW ⋮ Suite 1000 ⋮ Washington, DC 20036
> p 202.973.0910 (direct) ⋮ f 202.973.0950
>
> This message is for the exclusive use of the addressee and contains confidential, privileged and non-disclosable information.  If the recipient of this message is not the addressee, or a person responsible for delivering the message to the addressee, the recipient is prohibited from reading or using this message in any way.  If you have received this message by mistake, please call us immediately and destroy the email message.
>
> **From:** Charles Harder <charder@harderllp.com>
> **Sent:** Thursday, June 20, 2019 1:51 PM

**To:** Hassan Zavareei <hzavareei@tzlegal.com>; Katherine Aizpuru <kaizpuru@tzlegal.com>; Janet Varnell <jvarnell@varnellandwarwick.com>
**Cc:** Jennifer Bennett <JBennett@publicjustice.net>; bwarwick@varnellandwarwick.com; Tanya S. Koshy <tkoshy@tzlegal.com>; Paul Bland <PBLAND@publicjustice.net>; Karla Gilbride <KGilbride@publicjustice.net>; Nicole Porzenheim <nporzenheim@tzlegal.com>; Melat Kiros <mkiros@tzlegal.com>; Ryan Stonerock <RStonerock@harderllp.com>; Henry Self <hself@harderllp.com>; Steven Frackman <sfrackman@harderllp.com>; Dawn Siler-Nixon <DSiler-Nixon@fordharrison.com>; Tracey Jaensch <TJAENSCH@fordharrison.com>
**Subject:** Trump-Johnson: D. Trump Responses and Objections - attached

Dear Counsel:

Attached please find Donald J. Trump's responses and objections to Plaintiff's interrogatories, requests for admission and requests for production of documents.

As stated in my email of earlier this week, the Campaign's substantive responses are not yet ready.  We again request an extension of an additional seven days to provide you with the substantive responses.  Absent your agreement, we will serve only objections today, and substantive responses next week.  We also expect to commence the production of responsive documents next week.  However, the process of creating new files of only objections—to Plaintiff's massive written discovery due today—will take us hours.  We would prefer to use this time to complete the substantive responses and document production, rather than time-consuming busywork of creating new objections-only files.  Thus, your failure to grant us the professional courtesy of an additional seven days will have the effect of **increasing** the time that it will take for us to provide you with substantive responses and documents, rather than decreasing the time.  Please let us know if you will reconsider your decision and grant us the seven additional days to respond.

Regarding the draft ESI Protocol, we expect to provide you with a further redline in the near future.

Sincerely,

Charles Harder

---

<image004.jpg>         **CHARLES J. HARDER**

HARDER LLP
132 S. RODEO DRIVE, FOURTH FLOOR
BEVERLY HILLS CA 90212
TEL (424) 203-1600
CHARDER@HARDERLLP.com

[www.HARDERLLP.com](www.HARDERLLP.com)

Confidentiality Notice: The information contained in this email and any attachments to it is intended only for the use of the intended recipient and may be confidential and/or privileged.  If any recipient of this communication is not the intended recipient, the unauthorized use, disclosure or copying of this email and any accompanying attachments or other information contained herein is strictly prohibited, and may be unlawful.  If you have received this communication in error, please immediately notify the sender by return email, destroy this email and any and all copies thereof (including any attachments) without reading them or saving them in any manner.  Thank you.

# EXHIBIT 2

| | |
|---|---|
| **From:** | Hassan Zavareei |
| **To:** | Charles Harder |
| **Cc:** | Katherine Aizpuru; Janet Varnell; Jennifer Bennett; bwarwick@varnellandwarwick.com; Tanya S. Koshy; Paul Bland; Karla Gilbride; Nicole Porzenheim; Melat Kiros; Ryan Stonerock; Henry Self; Steven Frackman; Dawn Siler-Nixon; Tracey Jaensch |
| **Subject:** | RE: Trump-Johnson: D. Trump Responses and Objections - attached |
| **Date:** | Tuesday, June 25, 2019 12:23:28 PM |

Charles,

I am writing to follow up on this email and our conversation yesterday. I raised the ESI protocol yesterday and you said you could not give me any specifics on timing. Both sides have started producing documents and we still have not agreed to the metadata fields we will be producing. This is unacceptable. We have been holding off on filing a motion with the hope that we could reach an agreement. But unless you can assure us we will have your response to our last version of the ESI protocol sometime today, we will go ahead and file a motion. I am available to discuss again today if you think it would be beneficial.

Thanks,

Hassan

_____

Hassan Zavareei ⋮ Tycko & Zavareei LLP ⋮ www.tzlegal.com
1828 L Street, NW ⋮ Suite 1000 ⋮ Washington, DC 20036
p 202.973.0910 (direct) ⋮ f 202.973.0950

This message is for the exclusive use of the addressee and contains confidential, privileged and non-disclosable information. If the recipient of this message is not the addressee, or a person responsible for delivering the message to the addressee, the recipient is prohibited from reading or using this message in any way. If you have received this message by mistake, please call us immediately and destroy the email message.

**From:** Charles Harder <charder@harderllp.com>
**Sent:** Thursday, June 20, 2019 4:31 PM
**To:** Hassan Zavareei <hzavareei@tzlegal.com>
**Cc:** Katherine Aizpuru <kaizpuru@tzlegal.com>; Janet Varnell <jvarnell@varnellandwarwick.com>; Jennifer Bennett <JBennett@publicjustice.net>; bwarwick@varnellandwarwick.com; Tanya S. Koshy <tkoshy@tzlegal.com>; Paul Bland <PBLAND@publicjustice.net>; Karla Gilbride <KGilbride@publicjustice.net>; Nicole Porzenheim <nporzenheim@tzlegal.com>; Melat Kiros <mkiros@tzlegal.com>; Ryan Stonerock <RStonerock@harderllp.com>; Henry Self <hself@harderllp.com>; Steven Frackman <sfrackman@harderllp.com>; Dawn Siler-Nixon <DSiler-Nixon@fordharrison.com>; Tracey Jaensch <TJAENSCH@fordharrison.com>
**Subject:** Re: Trump-Johnson: D. Trump Responses and Objections - attached

Mr Zavareei: I already told you this morning that I will get you a redline to your draft ESI protocol in the near future. I don't know when that will be because the attorneys who otherwise would be working on that have had to spend the past four hours preparing objections-only to plaintiff's discovery request to the campaign, because you have repeatedly refused to grant us the professional courtesy of a simple 7-day extension. You seem to be holding hostage the extension,

trying to trade it for something else. That is unprofessional and causing delay. If you would like us to turn to other matters, such as the ESI protocol, we are happy to do so, but will need the requested extension (this is my third request), otherwise we will have to continue working on the objections-only.   Please let me know.

Charles J. Harder
HARDER LLP
132 S. Rodeo Drive, Fourth Floor
Beverly Hills, CA  90212
(424) 203-1600
www.HarderLLP.com

Sent from iPhone; please excuse any typos.

On Jun 20, 2019, at 1:02 PM, Hassan Zavareei <hzavareei@tzlegal.com> wrote:

> Thank you Charles. We can agree to a third extension if you agree to work with us to finalize the ESI protocol in the next couple days.
> _____
>
> <image002.jpg>Hassan Zavareei ⁝ Tycko & Zavareei LLP ⁝ www.tzlegal.com
> 1828 L Street, NW ⁝ Suite 1000 ⁝ Washington, DC 20036
> p 202.973.0910 (direct) ⁝ f 202.973.0950
>
> This message is for the exclusive use of the addressee and contains confidential, privileged and non-disclosable information.  If the recipient of this message is not the addressee, or a person responsible for delivering the message to the addressee, the recipient is prohibited from reading or using this message in any way.  If you have received this message by mistake, please call us immediately and destroy the email message.
>
> ---
>
> **From:** Charles Harder <charder@harderllp.com>
> **Sent:** Thursday, June 20, 2019 1:51 PM
> **To:** Hassan Zavareei <hzavareei@tzlegal.com>; Katherine Aizpuru <kaizpuru@tzlegal.com>; Janet Varnell <jvarnell@varnellandwarwick.com>
> **Cc:** Jennifer Bennett <JBennett@publicjustice.net>; bwarwick@varnellandwarwick.com; Tanya S. Koshy <tkoshy@tzlegal.com>; Paul Bland <PBLAND@publicjustice.net>; Karla Gilbride <KGilbride@publicjustice.net>; Nicole Porzenheim <nporzenheim@tzlegal.com>; Melat Kiros <mkiros@tzlegal.com>; Ryan Stonerock <RStonerock@harderllp.com>; Henry Self <hself@harderllp.com>; Steven Frackman <sfrackman@harderllp.com>; Dawn Siler-Nixon <DSiler-Nixon@fordharrison.com>; Tracey Jaensch <TJAENSCH@fordharrison.com>
> **Subject:** Trump-Johnson: D. Trump Responses and Objections - attached
>
> Dear Counsel:
>
> **Attached please find Donald J. Trump's responses and objections to Plaintiff's interrogatories, requests for admission and requests for**

production of documents.

As stated in my email of earlier this week, the Campaign's substantive responses are not yet ready.  We again request an extension of an additional seven days to provide you with the substantive responses.  Absent your agreement, we will serve only objections today, and substantive responses next week.  We also expect to commence the production of responsive documents next week.  However, the process of creating new files of only objections—to Plaintiff's massive written discovery due today—will take us hours.  We would prefer to use this time to complete the substantive responses and document production, rather than time-consuming busywork of creating new objections-only files.  Thus, your failure to grant us the professional courtesy of an additional seven days will have the effect of **increasing** the time that it will take for us to provide you with substantive responses and documents, rather than decreasing the time.  Please let us know if you will reconsider your decision and grant us the seven additional days to respond.

Regarding the draft ESI Protocol, we expect to provide you with a further redline in the near future.

Sincerely,

Charles Harder

| <image004.jpg> | **CHARLES J. HARDER** |
|---|---|
| | HARDER LLP |
| | 132 S. RODEO DRIVE, FOURTH FLOOR |
| | BEVERLY HILLS CA 90212 |
| | TEL (424) 203-1600 |
| | CHARDER@HARDERLLP.COM |
| | www.HARDERLLP.COM |

Confidentiality Notice: The information contained in this email and any attachments to it is intended only for the use of the intended recipient and may be confidential and/or privileged.  If any recipient of this communication is not the intended recipient, the unauthorized use, disclosure or copying of this email and any accompanying attachments or other information contained herein is strictly prohibited, and may be unlawful.  If you have received this communication in error, please immediately notify the sender by return email, destroy this email and any and all copies thereof (including any attachments) without reading them or saving them in any manner.  Thank you.