UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALVA JOHNSON,
Individually and On Behalf of All Others
Similarly Situated,

    Plaintiff,

v.

DONALD J. TRUMP,
In his Individual Capacity and
DONALD J. TRUMP FOR
PRESIDENT, INC.

    Defendants.
_____/

Case No. 8:19-cv-00475-WFJ-SPF

### DECLARATION OF DONALD J. TRUMP IN SUPPORT OF DEFENDANTS' MOTION FOR PROTECTIVE ORDER

1. I, Donald J. Trump, am the 45th President of the United States and a defendant herein. I have personal and firsthand knowledge of the matters set forth in this declaration.

2. I do not know plaintiff Alva Johnson or recall having any interactions with her.

3. At all times relevant hereto, Donald J. Trump for President, Inc. was responsible for setting the specific salaries of its various employees. I was not.

///

[*Page 2 of Declaration in* Johnson v. Trump, *et al.*]

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of July, 2019, at Washington, D.C.

_____
DONALD J. TRUMP

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on July 10, 2019, the foregoing document was served, with the consent of all parties, by electronic mail upon the following:

Hassan A. Zavareei
hzavareei@tzlegal.com
Katherine M. Aizpuru
kaizpuru@tzlegal.com
Tycko & Zavareei LLP
1828 L Street NW, Suite 1000
Washington, D.C.  20036

Janet Varnell
jvarnell@varnellandwarwick.com
Brian W. Warwick
bwarwick@varnellandwarwick.com
Varnell & Warwick, PA
P.O. Box 1870
Lady Lakes, FL  32158-1870

Tanya S. Koshy
tkoshy@tzlegal.com
Tycko & Zavareei LLP
1970 Broadway, Suite 1070
Oakland, CA  94612

F. Paul Bland
pbland@publicjustice.net
Karla Gilbride
kgilbride@publicjustice.net
Public Justice, P.C.
1620 L Street NW, Suite 630
Washington, DC  20036

Jennifer Bennett
jbennett@publicjustice.net
Public Justice, P.C.
475 14th Street, Suite 610
Oakland, CA  94612

                                                */s/ Charles J. Harder*
                                                Attorney