UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ALVA JOHNSON,**
**Individually and On Behalf of All Others**
**Similarly Situated,**

    **Plaintiff,**                                                  Case No. 8:19-cv-00475-WFJ-SPF

**v.**

**DONALD J. TRUMP,**
**In his Individual Capacity and**
**DONALD J. TRUMP FOR**
**PRESIDENT, INC.**

    **Defendants.**
_____/

## DECLARATION OF BRIAN HAYES

1. I participated in the 2016 United States presidential election campaign as a volunteer for Donald J. Trump for President. I have personal and firsthand knowledge of the matters set forth in this declaration and, if called and sworn as a witness, I could and would testify competently thereto under oath.

2. I was present in the recreational vehicle when Alva Johnson encountered Donald Trump during a campaign event on August 24, 2016 in Tampa, Florida.

3. Using the video camera function on my personal mobile telephone, I recorded their brief interaction.

4. Attached hereto as Exhibit A is a true and correct copy of my audiovisual recording of that encounter, which has not been edited or otherwise altered in any way.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2 day of July, 2019, at Orlando, Florida.

BRIAN HAYES

2

# Exhibit A
# Manually Filed

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on July 10, 2019, the foregoing document was served, with the consent of all parties, by electronic mail upon the following:

Hassan A. Zavareei
hzavareei@tzlegal.com
Katherine M. Aizpuru
kaizpuru@tzlegal.com
Tycko & Zavareei LLP
1828 L Street NW, Suite 1000
Washington, D.C.  20036

Janet Varnell
jvarnell@varnellandwarwick.com
Brian W. Warwick
bwarwick@varnellandwarwick.com
Varnell & Warwick, PA
P.O. Box 1870
Lady Lakes, FL  32158-1870

Tanya S. Koshy
tkoshy@tzlegal.com
Tycko & Zavareei LLP
1970 Broadway, Suite 1070
Oakland, CA  94612

F. Paul Bland
pbland@publicjustice.net
Karla Gilbride
kgilbride@publicjustice.net
Public Justice, P.C.
1620 L Street NW, Suite 630
Washington, DC  20036

Jennifer Bennett
jbennett@publicjustice.net
Public Justice, P.C.
475 14th Street, Suite 610
Oakland, CA  94612

                                          */s/ Charles J. Harder*
                                          Attorney