UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALVA JOHNSON,
**Individually and On Behalf of All Others Similarly Situated,**

      **Plaintiff,**                                  Case No. 8:19-cv-00475-WFJ-SPF

v.

**DONALD J. TRUMP,**
**In his Individual Capacity and**
**DONALD J. TRUMP FOR**
**PRESIDENT, INC.**

      **Defendants.**
_____/

## MOTION FOR LEAVE TO MANUALLY FILE VIDEO EXHIBITS

Defendants Donald J. Trump ("Mr. Trump") and Donald J. Trump for President, Inc. (collectively, "Defendants") move this Court for leave to file two (2) video exhibits in support of their Motion for Protective Order and Memorandum of Law in Support thereof ("Motion for Protective Order"), based on the following good cause:

1.     On July 10, 2019, Defendants filed the Motion for Protective Order. [Dkt. No. 73.]

2.     Attached as Exhibit A to the Declaration of Brian Hayes filed in support of the Motion for Protective Order is a true and correct copy of Mr. Hayes' audiovisual recording of plaintiff Alva Johnson's ("Plaintiff") encounter with Mr. Trump in a recreational vehicle, during a campaign event on August 24, 2016 in Tampa, Florida.

3.     Attached as Exhibit O to the Declaration of Charles J. Harder filed in support of

1

the Motion for Protective Order is a true and correct copy of an excerpt of Brian Hayes' audiovisual recording of the August 24, 2016 encounter between Plaintiff and Mr. Trump, which has been digitally slowed down to 25% of 100% of its speed.

4. The Court's CM/ECF system only permits filing of files in Portable Document Format ("PDF").  *See* FLMD Administrative Procedures for Filing Electronic Documents, §IV(A)(1).

5. The above-referenced videos cannot be converted to PDF format, and therefore cannot be submitted electronically through the Court's CM/ECF system.

6. Accordingly, Defendants have submitted true and correct copies of the aforementioned videos to the Court on two (2) USB Flash Drives, and respectfully request that the Court grant them leave to manually file these videos.

7. The true and correct copies of the aforementioned videos also can be viewed at the following URL address: www.HarderLLP.com/JohnsonVideo.

Dated this 10th day of July, 2019        Respectfully Submitted,

       */s/ Charles J. Harder*
       Charles J. Harder
       Trial Counsel
       CHarder@HarderLLP.com
       Admitted *Pro Hac Vice*
       HARDER LLP
       132 S. Rodeo Drive, Fourth Floor
       Beverly Hills, California  90212
       Telephone:  (424) 203-1600
       Facsimile:   (424) 203-1601

       Dawn Siler-Nixon
       Florida Bar No. 993360
       DSiler-Nixon@FordHarrison.com
       Tracey K. Jaensch
       Florida Bar No. 907057

TJaensch@FordHarrison.com
FORD**HARRISON** LLP
101 E. Kennedy Blvd., Suite 900
Tampa, Florida 33602
Telephone: (813) 261-7800
Facsimile: (813) 261-7899

Attorneys for Defendants
Donald J. Trump and
Donald J. Trump for President, Inc.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on July 10, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will electronically send a notice of electronic filing upon the following:

Brian W. Warwick
bwarwick@varnellandwarwick.com
jvarnell@varnellandwarwick.com
Janet Varnell
Varnell & Warwick, PA
P.O. Box 1870
Lady Lakes, FL  32158-1870

Hassan A. Zavareei
hzavareei@tzlegal.com
Katherine M. Aizpuru
kaizpuru@tzlegal.com
Tycko & Zavareei LLP
1828 L Street NW, Suite 1000
Washington, D.C.  20036

Tanya S. Koshy
tkoshy@tzlegal.com
Tycko & Zavareei LLP
1970 Broadway, Suite 1070
Oakland, CA  94612

F. Paul Bland
pbland@publicjustice.net
Karla Gilbride
kgilbride@publicjustice.net
Public Justice, P.C.
1620 L Street NW, Suite 630
Washington, DC  20036

Jennifer Bennett
jbennett@publicjustice.net
Public Justice, P.C.
475 14th Street, Suite 610
Oakland, CA  94612

                    */s/ Charles J. Harder*
                     Attorney