**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| **CASE NO.:** 8:19-cv-475-T-02SPF | **DATE:** July 11, 2019 | |
|---|---|---|
| **HONORABLE WILLIAM F. JUNG** | | |
| **ALVA JOHNSON,**<br><br>    Plaintiff,<br><br>v.<br><br>**DONALD J. TRUMP, et al.,**<br><br>    Defendants. | **PLAINTIFF COUNSEL**<br>Hassan A. Zavareei<br>Jennifer D. Bennett<br>Katherine M. Aizpuru<br><br><br>**DEFENDANT COUNSEL**<br>Charles J. Harder<br>Ryan J. Stonerock<br>Dawn Siler-Nixon | |
| **COURT REPORTER:** Nikki Peters | **DEPUTY CLERK:** | Shameeka Olden |
| **TIME:** 1:32 PM - 1:45 PM<br>**TOTAL:** 13 minutes | **COURTROOM:** | 15B |

**PROCEEDINGS (in chambers):** MOTION HEARING re MOTION to Compel Entry of Court-Ordered ESI Protocol and Schedule for Agreeing to Search Terms by Alva Johnson [69]

Court called to order.

Plaintiff's amended complaint is due on or before Monday, July 15 [see Doc. 55].

The Court takes the motion to compel (Doc. 69) under advisement until an operative complaint is at rest.

The Court will grant any extension of time for the amended complaint or response to the motion for protective order.

Court adjourned.