**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**Docket No. 8:19-cv-00475-WFJ-SPF**

. . . . . . . . . . . . . . . .

**ALVA JOHNSON,**
Individually and On Behalf of
All Others Similarly Situated,

Plaintiff,

v.

**DONALD J. TRUMP,**
In his Individual Capacity,
and
**DONALD J. TRUMP FOR PRESIDENT, INC.,**

Defendants.

. . . . . . . . . . . . . . . .

Tampa, Florida
July 11, 2019
1:32 p.m. - 1:45 p.m.

**TRANSCRIPT OF TELEPHONIC MOTION HEARING**
**BEFORE THE HONORABLE WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**

Court Reporter: Nikki L. Peters, RPR, CRR, CRC, FPR
Federal Official Court Reporter
801 North Florida Avenue, Second Floor
Tampa, Florida 33602
courttranscripts@outlook.com
(813)301-5448

Proceedings recorded by mechanical stenography.
Transcript produced by Computer-Aided Transcription.

**APPEARANCES:** (all parties via telephone)

**Counsel for Plaintiff:**

Hassan A. Zavareei
Katherine M. Aizpuru
Tycko & Zavareei, LLP
1828 L Street Northwest
Suite 1000
Washington, D.C. 20036

**Counsel for Plaintiff:**

Jennifer D. Bennett
Public Justice, P.C.
475 14th Street
Suite 610
Oakland, California 94612

**Counsel for Defendants:**

Charles J. Harder
Ryan J. Stonerock
Harder LLP
132 South Rodeo Drive
Fourth Floor
Beverly Hills, California 90212

**Counsel for Defendants:**

Dawn Siler-Nixon
FordHarrison, LLP
101 East Kennedy Boulevard
Suite 900
Tampa, Florida 33602

**P R O C E E D I N G S**

**THE COURT:** All right. Bill Jung here. Let's call the case, please.

**THE COURTROOM DEPUTY:** Yes, Your Honor.

Alva Johnson v. Donald J. Trump and Donald J. Trump For President, Inc., Case No. 8:19-cv-475.

Counsel, please state your appearances, beginning with counsel for the plaintiff.

**MR. ZAVAREEI:** Good afternoon, Your Honor. This is Hassan Zavareei on behalf of Plaintiff Alva Johnson.

**MS. AIZPURU:** Good afternoon, Your Honor. This is Katherine Aizpuru on behalf of Plaintiff Alva Johnson.

**MS. BENNETT:** And this is Jennifer Bennett on behalf of Plaintiff Alva Johnson. Good afternoon.

**THE COURT:** All right. For the defense?

**MR. HARDER:** Good afternoon, Your Honor. Charles Harder for the defendant.

**MR. STONEROCK:** Good afternoon, Your Honor. Ryan Stonerock on behalf of the defendants.

**MS. SILER-NIXON:** And good afternoon, Your Honor. Dawn Siler-Nixon on behalf of the defendants.

**THE COURT:** Okay. Thank you.

So we're here on a telephonic -- let's see, Document 69, which is the motion for ESI protocol. And there's a response at Document 77 and a reply at 78.

We also have filed, but the time for a response is not yet due, Docket 73. It's not noticed. But I do note that Document 73 is a motion for protective order and that was recently filed.

Okay. So, Counsel, here's what I'm going to do. Both of these matters, the ESI protocol motion and the protective order, I'm going to take under advisement for two reasons. Number one, as to the protective order, the plaintiff hasn't had a chance to respond. But, also, we're going to wait until we get an operative pleading and the pleading is at rest to see where we go with all this. So until that happens, I'm going to take these matters under advisement and abate the discovery due under the motions until we have a complaint at rest.

Let me ask Mr. Zavareei a question. In your latest response filed on the 10th, there was a suggestion that this tape -- your verb was "altered." Was that simply that you didn't think that all of the metadata was present? Or what did you mean by "altered"?

**MR. ZAVAREEI:** Your Honor, it appears to have been spliced in with over eight and a half hours of other video. So the actual individual file, as it was originally obtained by defense counsel, was not turned over to us. Instead, they merged it into over eight and a half hours of other video. So we don't know when it began and ended. We don't

know if there's more to the tape, and we have no way of knowing when -- you know, the exact time or any other metadata that might exist with respect to that tape.

**THE COURT:** Okay. And was this tape turned over pursuant to Rule 26 or a request to produce or what?

**MR. ZAVAREEI:** I believe it was turned over in response to our discovery request, Your Honor.

**MR. HARDER:** This is Charles Harder.

**THE COURT:** I haven't called on you yet. Just wait for a minute.

**MR. HARDER:** I'm sorry.

**THE COURT:** Okay? Everybody is going to have plenty of time to talk here. Okay?

So Mr. Zavareei, your amended pleading is due in two days; is that correct?

**MR. ZAVAREEI:** I believe it's due on Monday, Your Honor.

**THE COURT:** Okay. Whenever. Yes.

Okay. Now, here's why I asked you that. And if you want more time, of course, I'll give it to you. But let me just talk to everyone very candidly here. Okay? I haven't added it up, but I'm betting that if I added it up -- I was a practicing lawyer for longer than you and Mr. Harder put together. Okay? Sometimes -- it's happened to me. In fact, it happened once with a tape. I distinctly

recall it because it happened on Easter Sunday. I was meeting a client and played a tape, and I had somewhat of an epiphany.

Sometimes clients believe things. They have things in their mind that may or may not have happened quite the way they're sure it happened. And, of course, we want to believe our clients. We empathize with them. You know, some of them -- love is too strong of a word. But we have very strong affinity to many clients.

And on more than one occasion I've sort of written checks in court that -- based on what my client said -- that I ended up -- I couldn't cash, if I can use the metaphor. When that happens, it's a disservice sometimes to the client not to point out what the harsh reality might be, a little bit different than the recollection.

So, Mr. Zavareei, you're kind of at an inflection point here. Assuming that this event occurred as it's shown on tape, in drafting this amended pleading, there might be a little bit of reflection, a little objectivity, more distant view of where you're going to go with this.

You know, you and I had a little colloquy where we were going to treat your client just like any other litigant, you know? Let's say this is a -- I can't use Jones because it's Paula Jones, but I will -- Smith v. Jones rather than Johnson v. Trump. And I thought we kind of

agreed that that's how we were going to treat her, treat this case, like any other case.

Let me ask you that, Mr. Zavareei. If this was Sam Smith v. Betty Jones, is that a battery on that tape, Mr. Zavareei, that I saw? Is that a battery, a Florida battery?

**MR. ZAVAREEI:** I believe it is, Your Honor, when you take it into the context with her testimony regarding how she felt about it, particularly after she saw the *Access Hollywood* tape.

**THE COURT:** Well, a battery is -- Mr. Zavareei, isn't a battery adjudicated in an objective standard? Doesn't it have to be offensive?

**MR. ZAVAREEI:** Yes, Your Honor, it does.

**THE COURT:** Okay. And it's an objective standard, isn't it?

**MR. ZAVAREEI:** I believe it is, Your Honor.

**THE COURT:** All right. Well, I'm just suggesting that maybe -- look, I understand there's a lot of energy and emotion. Our President seems to generate that in his opponents. Okay? Maybe that energy and emotion is properly generated.

But maybe -- I would just humbly suggest that you have somebody objective, from a distance, view that tape and tell "team plaintiff" whether, number one, that's a battery

before you re-allege your complaint. Okay? Number two, conclude whether that was sexually predatory conduct, which you seem to have repeated multiple times in your complaint, you know, whether that conduct -- and, you know, you can't sue him for the 19 other incidents. You can only sue him for what he did in the trailer. Whether that conduct was not only sexually predatory but forcible kissing, wanton, willful.

This is going to -- you're at an inflection point. I just want to tell you that. Okay? And if you need more time to review that, of course, I'll give you whatever time you want. But have some people who aren't connected and invested in this emotionally look at that and tell you if that's a battery. Because you're about ready to put your signature on an amended complaint, and your opponent is -- let's just put it this way. The tape didn't -- we were all a little bit surprised here in chambers to see that tape based on what you had represented.

All right. So the ruling is we're going to put these motions in abeyance until we have an amended complaint that is steady.

I don't want to leave this phone call without Mr. Zavareei and Mr. Harder having their say or say anything they want to put on the record. So I'm going to give the floor to Plaintiff here, and then we'll turn it over to

Mr. Harder. You're not going to change my ruling. So it's quite a bit of stasis, actually, pending resolution of the complaint.

So, Plaintiff, if there's anything you want to put on the record, have at it, and then we'll give it to Mr. Harder.

**MR. ZAVAREEI:** Thank you, Your Honor.

I guess I would start by saying I appreciate your thoughts and your (inaudible), and I certainly do respect them. And we will give what you said careful and due consideration. And we understand that this -- I sort of view this like a Rorschach test. Some people see one thing; other people see others. And it depends sort of on your perspective. It's almost like the Kentucky Derby. There's video of it, but people still disagree on what actually happened.

But I appreciate your perspective, and we'll definitely give it careful consideration.

With respect to the ESI protocol, it sounds like you don't want to hear argument on that. So I certainly will not belabor that.

**THE COURT:** Let's get our pleadings at rest here.

All right. Anything else before I give it to Mr. Harder?

**MR. ZAVAREEI:** Nothing, Your Honor.

**THE COURT:** All right. Mr. Harder, anything you'd like to add?

**MR. HARDER:** Actually, no, Your Honor.

**THE COURT:** All right. Very good.

Okay. My crack assistant here will enter a brief, marginal notation that Docket 69 is taken under advisement pending the existence of an operative complaint.

And then, in due course, of course, Plaintiff can respond to 73. If you need an extension of time as to either that or the amended complaint, it is granted and you can just -- we'll look for it when we get it.

All right, Gents? Counsel? Ladies? Anything else? I'm sorry? Nothing else?

**MR. ZAVAREEI:** Nothing for the plaintiff. Thank you.

**THE COURT:** Good day. Thank you. Bye.

**MR. HARDER:** Thank you, Your Honor.

**MR. ZAVAREEI:** Thank you, Your Honor

(Proceedings adjourned at 1:45 p.m.)

**C E R T I F I C A T E**

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

July 14, 2019

s\ Nikki L. Peters
Nikki L. Peters, RPR, CRR, CRC, FPR
Federal Official Court Reporter
United States District Court
Middle District of Florida

MR. HARDER: [5] 3/15 5/7 5/10 10/2 10/16
MR. STONEROCK: [1] 3/17
MR. ZAVAREEI: [11] 3/8 4/19 5/5 5/15 7/6 7/13 7/16 9/6 9/24 10/13 10/17
MS. AIZPURU: [1] 3/10
MS. BENNETT: [1] 3/12
MS. SILER-NIXON: [1] 3/19
THE COURT: [14]
THE COURTROOM DEPUTY: [1] 3/3

**1**

1000 [1] 2/4
101 [1] 2/17
10th [1] 4/16
11 [1] 1/8
132 [1] 2/13
14 [1] 11/7
14th [1] 2/8
1828 [1] 2/4
19 [1] 8/5
1:32 [1] 1/9
1:45 [2] 1/9 10/19

**2**

20036 [1] 2/5
2019 [2] 1/8 11/7
26 [1] 5/5

**3**

301-5448 [1] 1/23
33602 [2] 1/22 2/18

**4**

475 [2] 2/8 3/6

**5**

5448 [1] 1/23

**6**

610 [1] 2/9
69 [2] 3/24 10/6

**7**

73 [3] 4/2 4/3 10/9
77 [1] 3/25
78 [1] 3/25

**8**

801 [1] 1/21
813 [1] 1/23
8:19-cv-00475-WFJ-SPF [1] 1/3

**9**

900 [1] 2/18
90212 [1] 2/14
94612 [1] 2/9

**A**

abate [1] 4/13
abeyance [1] 8/20
about [2] 7/9 8/14
above [1] 11/5
above-entitled [1] 11/5
Access [1] 7/9
actual [1] 4/22
actually [3] 9/2 9/15 10/3
add [1] 10/2
added [2] 5/22 5/22
adjourned [1] 10/19
adjudicated [1] 7/12
advisement [3] 4/7 4/13 10/6
affinity [1] 6/9
after [1] 7/9
afternoon [6] 3/9 3/11 3/14 3/16 3/18 3/20
agreed [1] 7/1
Aided [1] 1/25
Aizpuru [2] 2/3

**A**

**Aizpuru... [1] 3/12**
**all [13]**
**allege [1] 8/1**
**almost [1] 9/14**
**also [2] 4/1 4/9**
**altered [2] 4/17 4/19**
**ALVA [5] 1/6 3/5 3/10 3/12 3/14**
**amended [5] 5/14 6/18 8/15 8/20 10/10**
**any [3] 5/2 6/22 7/2**
**anything [5] 8/23 9/4 9/23 10/1 10/12**
**appearances [2] 2/1 3/7**
**appears [1] 4/20**
**appreciate [2] 9/8 9/17**
**aren't [1] 8/12**
**argument [1] 9/20**
**as [4] 4/8 4/22 6/17 10/9**
**ask [2] 4/15 7/3**
**asked [1] 5/19**
**assistant [1] 10/5**
**Assuming [1] 6/17**
**Avenue [1] 1/21**

**B**

**based [2] 6/11 8/18**
**battery [7] 7/4 7/5 7/6 7/11 7/12 7/25 8/14**
**be [3] 6/14 6/18 7/13**
**because [3] 6/1 6/24 8/14**
**been [1] 4/20**
**before [3] 1/16 8/1 9/23**
**began [1] 4/25**
**beginning [1] 3/7**
**behalf [6] 1/6 3/10 3/12 3/14 3/19 3/21**
**belabor [1] 9/21**
**believe [6] 5/6 5/16 6/4 6/7 7/7 7/17**
**Bennett [2] 2/7 3/13**
**betting [1] 5/22**
**Betty [1] 7/4**
**Beverly [1] 2/14**
**Bill [1] 3/2**
**bit [4] 6/15 6/19 8/17 9/2**
**Both [1] 4/6**
**Boulevard [1] 2/17**
**brief [1] 10/5**
**Bye [1] 10/16**

**C**

**California [2] 2/9 2/14**
**call [2] 3/3 8/22**
**called [1] 5/9**
**can [4] 6/12 8/5 10/8 10/11**
**can't [2] 6/23 8/4**
**candidly [1] 5/21**
**Capacity [1] 1/10**
**careful [2] 9/10 9/18**
**case [4] 3/3 3/6 7/2 7/2**
**cash [1] 6/12**
**certainly [2] 9/9 9/20**
**certify [1] 11/3**
**chambers [1] 8/17**
**chance [1] 4/9**
**change [1] 9/1**
**Charles [3] 2/12 3/17 5/8**
**Charles Harder [1] 3/17**
**checks [1] 6/11**
**client [4] 6/2 6/11 6/13 6/22**
**clients [3] 6/4 6/7 6/9**
**colloquy [1] 6/21**
**complaint [8] 4/14**

**C**

complaint... [7] 8/1 8/3 8/15 8/20 9/3 10/7 10/10
Computer [1] 1/25
Computer-Aided [1] 1/25
conclude [1] 8/2
conduct [3] 8/2 8/4 8/6
connected [1] 8/12
consideration [2] 9/11 9/18
context [1] 7/8
correct [2] 5/15 11/3
couldn't [1] 6/12
counsel [9] 2/2 2/7 2/11 2/16 3/7 3/8 4/5 4/23 10/12
course [5] 5/20 6/6 8/11 10/8 10/8
court [6] 1/1 1/20 1/21 6/11 11/10 11/10
courttranscripts [1] 1/22
crack [1] 10/5
CRC [2] 1/20 11/9
CRR [2] 1/20 11/9
cv [2] 1/3 3/6

**D**

D.C [1] 2/5
Dawn [2] 2/16 3/21
day [1] 10/16
days [1] 5/15
defendant [1] 3/17
defendants [5] 1/13 2/11 2/16 3/19 3/21
defense [2] 3/15 4/23
definitely [1] 9/18
depends [1] 9/13
Derby [1] 9/14
did [2] 4/19 8/6
didn't [2] 4/18 8/16
different [1] 6/15
disagree [1] 9/15
discovery [2] 4/13 5/7
disservice [1] 6/13
distance [1] 7/24
distant [1] 6/19
distinctly [1] 5/25
DISTRICT [5] 1/1 1/1 1/17 11/10 11/11
DIVISION [1] 1/2
do [3] 4/2 4/5 9/9
Docket [3] 1/3 4/2 10/6
Document [3] 3/24 3/25 4/3
Document 69 [1] 3/24
Document 77 [1] 3/25
does [1] 7/14
Doesn't [1] 7/13
don't [4] 4/25 4/25 8/22 9/20
DONALD [4] 1/10 1/11 3/5 3/6
Donald J. Trump [1] 3/6
drafting [1] 6/18
Drive [1] 2/13
due [6] 4/2 4/13 5/14 5/16 9/10 10/8

**E**

East [1] 2/17
Easter [1] 6/1
eight [2] 4/21 4/24
either [1] 10/10
else [3] 9/23 10/13 10/13
emotion [2] 7/20 7/21
emotionally [1] 8/13
empathize [1] 6/7
ended [2] 4/25 6/12
energy [2] 7/19 7/21
enter [1] 10/5

**E**

entitled [1] 11/5
epiphany [1] 6/3
ESI [3] 3/24 4/6 9/19
event [1] 6/17
Everybody [1] 5/12
everyone [1] 5/21
exact [1] 5/2
exist [1] 5/3
existence [1] 10/7
extension [1] 10/9

**F**

fact [1] 5/25
Federal [2] 1/21 11/10
felt [1] 7/9
file [1] 4/22
filed [3] 4/1 4/4 4/16
floor [3] 1/21 2/14 8/25
FLORIDA [7] 1/1 1/8 1/21 1/22 2/18 7/5 11/11
forcible [1] 8/7
FordHarrison [1] 2/17
foregoing [1] 11/3
Fourth [1] 2/14
FPR [2] 1/20 11/9

**G**

generate [1] 7/20
generated [1] 7/22
Gents [1] 10/12
get [3] 4/10 9/22 10/11
give [7] 5/20 8/11 8/24 9/5 9/10 9/18 9/23
go [2] 4/11 6/20
going [12]
good [8] 3/9 3/11 3/14 3/16 3/18 3/20 10/4 10/16
granted [1] 10/10
guess [1] 9/8

**H**

had [4] 4/9 6/2 6/21 8/18
half [2] 4/21 4/24
happened [6] 5/24 5/25 6/1 6/5 6/6 9/16
happens [2] 4/12 6/13
Harder [10] 2/12 2/13 3/17 5/8 5/24 8/23 9/1 9/6 9/24 10/1
harsh [1] 6/14
hasn't [1] 4/9
Hassan [2] 2/2 3/10
have [14]
haven't [2] 5/9 5/22
having [1] 8/23
he [1] 8/6
hear [1] 9/20
HEARING [1] 1/16
her [2] 7/1 7/8
here [9] 3/2 3/23 5/13 5/21 6/17 8/17 8/25 9/22 10/5
here's [2] 4/5 5/19
Hills [1] 2/14
him [2] 8/5 8/5
his [2] 1/10 7/20
Hollywood [1] 7/10
Honor [17]
HONORABLE [1] 1/16
hours [2] 4/21 4/24
how [2] 7/1 7/9
humbly [1] 7/23

**I**

I'll [2] 5/20 8/11
I'm [8] 4/5 4/7 4/12 5/11 5/22 7/18 8/24 10/13
I've [1] 6/10
inaudible [1] 9/9
INC [2] 1/12 3/6
incidents [1] 8/5
individual [2] 1/10

I

individual... [1] 4/22
Individually [1] 1/6
inflection [2] 6/16 8/9
Instead [1] 4/23
invested [1] 8/13
is [26]
isn't [2] 7/12 7/16
it [31]
it's [9] 4/2 5/16 5/24 6/13 6/17 6/24 7/15 9/1 9/14

J

J. [1] 3/6
Jennifer [2] 2/7 3/13
JOHNSON [6] 1/6 3/5 3/10 3/12 3/14 6/25
Johnson v. Donald [1] 3/5
Johnson v. Trump [1] 6/25
Jones [4] 6/24 6/24 6/24 7/4
JUDGE [1] 1/17
July [2] 1/8 11/7
JUNG [2] 1/16 3/2
just [8] 5/9 5/21 6/22 7/18 7/23 8/10 8/16 10/11
Justice [1] 2/8

K

Katherine [2] 2/3 3/12
Kennedy [1] 2/17
Kentucky [1] 9/14
kind [2] 6/16 6/25
kissing [1] 8/7
know [8] 4/25 5/1 5/2 6/7 6/21 6/23 8/4 8/4
knowing [1] 5/2

L

Ladies [1] 10/12
latest [1] 4/16
lawyer [1] 5/23
leave [1] 8/22
let [3] 4/15 5/20 7/3
let's [5] 3/2 3/23 6/23 8/16 9/22
like [6] 6/22 7/2 9/12 9/14 9/19 10/2
litigant [1] 6/23
little [5] 6/14 6/19 6/19 6/21 8/17
LLP [3] 2/3 2/13 2/17
longer [1] 5/23
look [3] 7/19 8/13 10/11
lot [1] 7/19
love [1] 6/8

M

many [1] 6/9
marginal [1] 10/6
matter [1] 11/5
matters [2] 4/6 4/12
may [2] 6/5 6/5
maybe [3] 7/19 7/21 7/23
me [4] 4/15 5/21 5/25 7/3
mean [1] 4/19
mechanical [1] 1/24
meeting [1] 6/2
merged [1] 4/24
metadata [2] 4/18 5/3
metaphor [1] 6/12
MIDDLE [2] 1/1 11/11
might [3] 5/3 6/14 6/18
mind [1] 6/5
minute [1] 5/10
Monday [1] 5/16
more [5] 5/1 5/20 6/10 6/19 8/10
motion [4] 1/16 3/24 4/3 4/6

M

motions [2] 4/13 8/20
Mr. [13]
Mr. Harder [6] 5/24 8/23 9/1 9/6 9/24 10/1
Mr. Zavareei [7] 4/15 5/14 6/16 7/3 7/5 7/11 8/23
multiple [1] 8/3
my [3] 6/11 9/1 10/5

N

need [2] 8/10 10/9
Nikki [3] 1/20 11/9 11/9
Nixon [2] 2/16 3/21
no [3] 1/3 5/1 10/3
No. [1] 3/6
No. 8:19-cv-475 [1] 3/6
North [1] 1/21
Northwest [1] 2/4
not [8] 4/2 4/2 4/23 6/5 6/14 8/7 9/1 9/21
notation [1] 10/6
note [1] 4/2
Nothing [3] 9/25 10/13 10/14
noticed [1] 4/2
Now [1] 5/19
number [3] 4/8 7/25 8/1

O

Oakland [1] 2/9
objective [3] 7/12 7/15 7/24
objectivity [1] 6/19
obtained [1] 4/22
occasion [1] 6/10
occurred [1] 6/17
offensive [1] 7/13
Official [2] 1/21 11/10
Okay [14]
once [1] 5/25
one [4] 4/8 6/10 7/25 9/12
only [2] 8/5 8/7
operative [2] 4/10 10/7
opponent [1] 8/15
opponents [1] 7/21
order [3] 4/3 4/7 4/8
originally [1] 4/22
other [7] 4/21 4/24 5/2 6/22 7/2 8/5 9/13
others [2] 1/7 9/13
our [4] 5/7 6/7 7/20 9/22
out [1] 6/14
outlook.com [1] 1/22
over [6] 4/21 4/23 4/24 5/4 5/6 8/25

P

P.C [1] 2/8
p.m [3] 1/9 1/9 10/19
particularly [1] 7/9
parties [1] 2/1
Paula [1] 6/24
pending [2] 9/2 10/7
people [4] 8/12 9/12 9/13 9/15
perspective [2] 9/14 9/17
Peters [3] 1/20 11/9 11/9
phone [1] 8/22
plaintiff [13]
played [1] 6/2
pleading [4] 4/10 4/11 5/14 6/18
pleadings [1] 9/22
please [2] 3/3 3/7
plenty [1] 5/13
point [3] 6/14 6/17 8/9
practicing [1] 5/23

**P**

predatory [2] 8/2 8/7
present [1] 4/18
PRESIDENT [3] 1/11 3/6 7/20
proceedings [3] 1/24 10/19 11/4
produce [1] 5/5
produced [1] 1/25
properly [1] 7/21
protective [3] 4/3 4/7 4/8
protocol [3] 3/24 4/6 9/19
Public [1] 2/8
pursuant [1] 5/5
put [6] 5/24 8/14 8/16 8/19 8/24 9/4

**Q**

question [1] 4/15
quite [2] 6/5 9/2

**R**

rather [1] 6/25
re [1] 8/1
re-allege [1] 8/1
ready [1] 8/14
reality [1] 6/14
reasons [1] 4/8
recall [1] 6/1
recently [1] 4/4
recollection [1] 6/15
record [3] 8/24 9/5 11/4
recorded [1] 1/24
reflection [1] 6/19
regarding [1] 7/8
repeated [1] 8/3
reply [1] 3/25
Reporter [3] 1/20 1/21 11/10
represented [1] 8/18
request [2] 5/5 5/7
resolution [1] 9/2
respect [3] 5/3 9/9 9/19
respond [2] 4/9 10/9
response [4] 3/25 4/1 4/16 5/7
rest [3] 4/11 4/14 9/22
review [1] 8/11
right [8] 3/2 3/15 7/18 8/19 9/23 10/1 10/4 10/12
Rodeo [1] 2/13
Rorschach [1] 9/12
RPR [2] 1/20 11/9
Rule [1] 5/5
ruling [2] 8/19 9/1
Ryan [2] 2/12 3/19
Ryan Stonerock [1] 3/19

**S**

said [2] 6/11 9/10
Sam [1] 7/4
saw [2] 7/5 7/9
say [3] 6/23 8/23 8/23
saying [1] 9/8
Second [1] 1/21
see [5] 3/23 4/11 8/17 9/12 9/13
seem [1] 8/3
seems [1] 7/20
sexually [2] 8/2 8/7
she [2] 7/9 7/9
shown [1] 6/17
signature [1] 8/15
Siler [2] 2/16 3/21
Siler-Nixon [2] 2/16 3/21
Similarly [1] 1/7
simply [1] 4/17
Situated [1] 1/7
Smith [2] 6/24 7/4
Smith v. Betty [1] 7/4
Smith v. Jones [1] 6/24
So [12]
some [3] 6/8 8/12

## S

some... [1] 9/12
somebody [1] 7/24
sometimes [3] 5/24 6/4 6/13
somewhat [1] 6/2
sorry [2] 5/11 10/13
sort [3] 6/10 9/11 9/13
sounds [1] 9/19
South [1] 2/13
SPF [1] 1/3
spliced [1] 4/21
standard [2] 7/12 7/15
start [1] 9/8
stasis [1] 9/2
state [1] 3/7
STATES [3] 1/1 1/17 11/10
steady [1] 8/21
stenography [1] 1/24
still [1] 9/15
Stonerock [2] 2/12 3/19
Street [2] 2/4 2/8
strong [2] 6/8 6/9
sue [2] 8/5 8/5
suggest [1] 7/23
suggesting [1] 7/18
suggestion [1] 4/16
Suite [3] 2/4 2/9 2/18
Sunday [1] 6/1
sure [1] 6/6
surprised [1] 8/17
s\ [1] 11/9

## T

take [3] 4/7 4/12 7/8
taken [1] 10/6
talk [2] 5/13 5/21
TAMPA [4] 1/2 1/8 1/22 2/18
tape [12]
team [1] 7/25
telephone [1] 2/1
telephonic [2] 1/16 3/23
tell [3] 7/25 8/10 8/13
test [1] 9/12
testimony [1] 7/8
than [4] 5/23 6/10 6/15 6/25
Thank [6] 3/22 9/7 10/14 10/16 10/17 10/18
that [42]
that's [3] 7/1 7/25 8/14
their [2] 6/5 8/23
them [3] 6/7 6/8 9/10
then [3] 8/25 9/5 10/8
there [2] 4/16 6/18
there's [5] 3/25 5/1 7/19 9/4 9/14
these [3] 4/6 4/12 8/20
they [3] 4/24 6/4 8/24
they're [1] 6/6
thing [1] 9/12
things [2] 6/4 6/5
think [1] 4/18
this [19]
thought [1] 6/25
thoughts [1] 9/9
time [7] 4/1 5/2 5/13 5/20 8/11 8/11 10/9
times [1] 8/3
together [1] 5/24
too [1] 6/8
trailer [1] 8/6
transcript [3] 1/16 1/25 11/4
Transcription [1] 1/25
treat [3] 6/22 7/1 7/1
TRUMP [5] 1/10 1/11 3/5 3/6 6/25

## T

turn [1] 8/25
turned [3] 4/23 5/4 5/6
two [3] 4/7 5/15 8/1
Tycko [1] 2/3

## U

under [4] 4/7 4/12 4/13 10/6
understand [2] 7/19 9/11
UNITED [3] 1/1 1/17 11/10
until [4] 4/10 4/12 4/14 8/20
up [3] 5/22 5/23 6/12
us [1] 4/23
use [2] 6/12 6/23

## V

v. [4] 3/5 6/24 6/25 7/4
verb [1] 4/17
very [3] 5/21 6/9 10/4
via [1] 2/1
video [3] 4/21 4/25 9/15
view [3] 6/20 7/24 9/12

## W

wait [2] 4/10 5/10
want [8] 5/20 6/6 8/10 8/12 8/22 8/24 9/4 9/20
wanton [1] 8/7
was [14]
Washington [1] 2/5
way [3] 5/1 6/6 8/16
we [18]
we'll [4] 8/25 9/5 9/17 10/11
we're [3] 3/23 4/9 8/19
Well [2] 7/11 7/18
were [3] 6/22 7/1 8/16
WFJ [1] 1/3
what [9] 4/5 4/19 5/5 6/11 6/14 8/6 8/18 9/10 9/15
whatever [1] 8/11
when [5] 4/25 5/2 6/13 7/7 10/11
Whenever [1] 5/18
where [3] 4/11 6/20 6/21
whether [4] 7/25 8/2 8/4 8/6
which [2] 3/24 8/2
who [1] 8/12
why [1] 5/19
will [4] 6/24 9/10 9/21 10/5
willful [1] 8/8
WILLIAM [1] 1/16
without [1] 8/22
word [1] 6/8
would [2] 7/23 9/8
written [1] 6/10

## Y

Yes [3] 3/4 5/18 7/14
yet [2] 4/2 5/9
you [38]
you'd [1] 10/1
you're [5] 6/16 6/20 8/9 8/14 9/1
your [30]
Your Honor [12]

## Z

Zavareei [10] 2/2 2/3 3/10 4/15 5/14 6/16 7/3 7/5 7/11 8/23