UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALVA JOHNSON,
Individually and On Behalf of All Others
Similarly Situated,

    Plaintiff,                               Case No. 8:19-cv-00475-WFJ-SPF

v.

DONALD J. TRUMP,
In his Individual Capacity and
DONALD J. TRUMP FOR
PRESIDENT, INC.

    Defendants.
_____/

**DECLARATION OF BRIAN HAYES IN SUPPORT OF
OPPOSITION TO MOTION TO REOPEN DISCOVERY**

    1.    I have personal and firsthand knowledge of the matters set forth in this declaration and could and would testify competently to its contents if called upon to do so.

    2.    As indicated in my previous declaration dated July 2, 2019 [Dkt. No. 73-2], I was present in the recreational vehicle when Alva Johnson encountered Donald Trump during a campaign event on August 24, 2016 in Tampa, Florida.

    3.    The approximately 15-second audiovisual recording (attached as Exhibit A to my prior declaration) showing their brief interaction, which I created using the video camera function on my smart telephone, **is the entire video**.  It is **not** an excerpt or clip

1

of a longer recording. That 15-second video also was not edited or otherwise altered in any way.

4. I personally witnessed the interaction between Mr. Trump and Ms. Johnson in the RV, and the video accurately depicts what occurred.

5. There are no other recordings of the interaction between Mr. Trump and Ms. Johnson in my possession, custody or control, nor am I aware of the existence of any others.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 31st day of July, 2019, at Orlando, Florida.

*[signature]*
BRIAN HAYES