**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| **CASE NO.:** 8:19-cv-475-T-02SPF | | **DATE:** August 2, 2019 | |
|---|---|---|---|
| **HONORABLE WILLIAM F. JUNG** | | | |
| **ALVA JOHNSON**<br><br>       **Plaintiff,**<br><br>**v.**<br><br>**DONALD J. TRUMP, et al.,**<br><br>       **Defendants.** | | **PLAINTIFF COUNSEL**<br>Hassan A. Zavareei<br>Katherine M. Aizpuru<br>Jennifer D. Bennett<br>Janet R. Varnell<br><br>**DEFENDANT COUNSEL**<br>Charles J. Harder<br>Dawn Siler-Nixon<br>Ryan J. Stonerock | |
| **COURT REPORTER:** Nikki Peters | | **DEPUTY CLERK:** | Shameeka Olden |
| **TIME:** 2:00 PM - 2:06 PM<br>**TOTAL:** 6 minutes | | **COURTROOM:** | 15B |

**PROCEEDINGS:**   TELEPHONIC MOTION HEARING re Motion to Reopen Discovery for Limited Purpose [85]

The Court **DENIED** the Motion.

The Court will issue a schedule that adds 30 days to the deadlines in Doc. 81 (Joint Motion to Extend Deadlines), unless the parties provide other dates by close of business on Monday, August 5.