# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ALVA JOHNSON, individually and on
behalf of all others similarly situated,

    Plaintiff,

v.                                            Case No. 8:19-cv-00475-T-02SPF

DONALD J. TRUMP,
in his individual capacity and
DONALD J. TRUMP FOR
PRESIDENT, INC.,

    Defendants.

_____/

## JOINT MOTION TO EXTEND DEADLINES

Plaintiff Alva Johnson and Defendants Donald J. Trump ("Mr. Trump") and Donald J. Trump for President, Inc. ("the Campaign") (collectively, "the Parties"), through counsel and for good cause shown, jointly request that the Court grant a one week extension of the deadlines set forth in Dkt. 81-2 par. 9 (as previously extended for thirty days by Dkt. 93) as follows:

| EVENT | CURRENT DEADLINE | PROPOSED EXTENDED DEADLINE |
|---|---|---|
| Plaintiff's Amended Complaint | August 28, 2019 | September 4, 2019 |
| Plaintiff's Opposition to the Motion for a Protective Order (Dkt. 73) | September 6, 2019 | September 13, 2019 |
| Defendants' Motion to Maintain Confidentiality Designations | September 11, 2019 | September 18, 2019 |
| Campaign's Responses to Ms. Johnson's Third Requests for Production of Documents | September 11, 2019 | September 18, 2019 |
| Campaign's Responses to Ms. Johnson's Meet-and-Confer Letters | September 11, 2019 | September 18, 2019 |

This motion is brought in good faith and not for purposes of delay.

Dated: August 27, 2019 Respectfully Submitted,

  /s/ Hassan A. Zavareei
Hassan A. Zavareei (*pro hac vice*)
Katherine M. Aizpuru (*pro hac vice*)
TYCKO & ZAVAREEI LLP
1828 L Street, N.W., Suite 1000
Washington, D.C. 20036
Telephone: 202-973-0900
Facsimile: 202-973-0950
hzavareei@tzlegal.com
kaizpuru@tzlegal.com

Janet Varnell (Fla. Bar No. 71072)
Brian W. Warwick, (Fla. Bar No. 0605573)
VARNELL & WARWICK, PA
P.O. Box 1870
Lady Lake, FL 32158-1870
P: 352-753-8600
F: 352-503-3301
jvarnell@varnellandwarwick.com
bwarwick@varnellandwarwick.com

F. Paul Bland (*pro hac vice*)
Karla Gilbride (*pro hac vice*)
PUBLIC JUSTICE, P.C.
1620 L Street NW, Suite 630
Washington, DC 20036
(202) 797-8600

Jennifer Bennett (*pro hac vice*)
PUBLIC JUSTICE, P.C.
475 14th Street, Suite 610
Oakland, CA 94612
(510) 622-8150

*Counsel for Plaintiff*

 /s/ Ryan J. Stonerock
Charles J. Harder (*Pro Hac Vice*)
Trial Counsel
Ryan J. Stonerock (*Pro Hac Vice*)
HARDER LLP
132 S. Rodeo Drive, Fourth Floor
Beverly Hills, California 90212
Telephone: (424) 203-1600
Facsimile: (424) 203-1601

CHarder@HarderLLP.com
RStonerock@HarderLLP.com

Dawn Siler-Nixon
Florida Bar No. 993360
DSiler-Nixon@FordHarrison.com
Tracey K. Jaensch
Florida Bar No. 907057
TJaensch@FordHarrison.com
FORD**HARRISON** LLP
101 E. Kennedy Blvd., Suite 900
Tampa, Florida 33602
Telephone: (813) 261-7800
Facsimile: (813) 261-7899

*Attorneys for Defendants*
*Donald J. Trump and*
*Donald J. Trump for President, Inc.*